# Karina Tello
## v.
## Lea County Sheriff's Office, et. al.

## CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-506-CV-202400256 | Sanchez, Mark | 03/19/2024 | LOVINGTON District |

## PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | LEA COUNTY SHERIFF'S OFFICE |
| D | Defendant | 2 | HELTON COREY |
| D | Defendant | 3 | WALKER MICHAEL |
| D | Defendant | 4 | JIMENEZ FERNANDO |
| D | Defendant | 5 | ROACH SEAN |
| D | Defendant | 6 | ESTRADA SONIA |
| D | Defendant | 7 | JURADO-GARCIA DIANE |
| D | Defendant | 8 | VIZCARRA AILEEN |
| D | Defendant | 9 | PORRAS ALYSSA |
| D | Defendant | 10 | LEA COUNTY BOARD OF COUNTY COMMISSIONERS |
| P | Plaintiff | 1 | TELLO KARINA |

ATTORNEY: GUBERNICK BENJAMIN

## CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 03/19/2024 | 1 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Statutes, Ordinance Violations, Miscellaneous |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| TELLO KARINA | P | 1 |
| LEA COUNTY SHERIFF'S OFFICE | D | 1 |
| HELTON COREY | D | 2 |
| WALKER MICHAEL | D | 3 |
| JIMENEZ FERNANDO | D | 4 |
| ROACH SEAN | D | 5 |
| ESTRADA SONIA | D | 6 |
| JURADO-GARCIA DIANE | D | 7 |
| VIZCARRA AILEEN | D | 8 |
| PORRAS ALYSSA | D | 9 |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 04/12/2024 | RETURNED MAIL | | | | |
| 04/05/2024 | AMENDED COMPLAINT | | P | 1 | |
| 03/28/2024 | JDG: NOTICE OF JUDGE ASSIGNMENT | | | | |
| 03/28/2024 | JDG: JUDGE RECUSAL | | | | |
| 03/22/2024 | JURY DEMAND 12 PERSON | | | | |
| 03/21/2024 | | | | | |
| 03/19/2024 | OPN: COMPLAINT | | P | 1 | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 03/19/2024 | Kirksey, Lee A. | 1 | INITIAL ASSIGNMENT |
| 03/28/2024 | Sanchez, Mark | 2 | Judge Recused |

EXHIBIT B

Page 1