STATE OF NEW MEXICO
COUNTY OF LEA
FIFTH JUDICIAL DISTRICT

KARINA TELLO,

       Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No. D-506-CV-2024-00256
　　　　　　　　　　　　　　　　　　　　　　　Judge Mark Sanchez

LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO JIMENEZ,
SEAN ROACH, SONIA ESTRADA,
DIANE JURADO-GARCIA,
AILEEN VIZCARRA, ALYSSA PORRAS,
DOE DEFENDANTS 1-50,

       Defendants.

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendants Lea County Board of County Commissioners, Corey, Helton, Michael Walker, Fernando Jimenez, and Sean Roach ("County Defendants"), by and through counsel, MYNATT SPRINGER P.C. (Benjamin J. Young and Sara E. Woods) hereby give notice that the above-captioned matter has been removed to the United States District Court for the District of New Mexico. A copy of the Notice of Removal filed with the United States District Court is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal affects the removal of this action and in accordance with that statute, this Court may take no further action unless and until this case is remanded.

Respectfully submitted,

MYNATT SPRINGER P.C.

*/s/ Benjamin J. Young*

BENJAMIN J. YOUNG
New Mexico Bar No. 144702
SARA E. WOODS
New Mexico Bar No. 149555
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
bjy@mynattspringer.com
sew@mynattspringer.com
*Attorneys for County Defendants*

### CERTIFICATE OF SERVICE

I certify that on April 25, 2024, a copy of the foregoing pleading was served on the following via Odyssey and electronic mail:

    Benjamin Gubernick
    ben@wglawllp.com
    *Attorney for Plaintiff*

*/s/ Benjamin J. Young*

BENJAMIN J. YOUNG
SARA E. WOODS