IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KARINA TELLO,

    Plaintiff,

v.                                            2:24-cv-00390-JHR-KRS

LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO JIMENEZ,
SEAN ROACH, SONIA ESTRADA,
DIANE JURADO-GARCIA,
AILEEN VIZCARRA, ALYSSA PORRAS,
DOE DEFENDANTS 1-50,

    Defendants.

## NOTICE OF AGREED UPON EXTENSION

Defendants Lea County Board of County Commissioners, Corey Helton, Michael Walker, Fernando Jimenez, and Sean Roach ("County Defendants"), and Plaintiff, Karina Tello, through counsel of record Benjamin Gubernick, hereby notify the Court that the parties have agreed to extend the deadline for County Defendants to submit their responsive pleading and/or motion. The document must be filed by May 7, 2024.

    Respectfully submitted,

    MYNATT SPRINGER P.C.

    */s/ Benjamin J. Young*
    BENJAMIN J. YOUNG
    New Mexico Bar No. 144702
    SARA E. WOODS
    New Mexico Bar No. 149555
    P.O. Box 2699
    Las Cruces, New Mexico 88004-2699
    (575) 524-8812
    bjy@mynattspringer.com
    sew@mynattspringer.com
    *Attorneys for County Defendants*

GUBERNICK LAW P.L.L.C.

*Approved electronically [5/2/24]*
BENJAMIN GUBERNICK
10720 West Indian School Rd.
Phoenix, AZ 85037
Phone: (623) 252-6961
ben@wglawllp.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that, on May 2, 2024, a copy of the foregoing pleading was served on the below counsel of record via electronic mail:

Benjamin Gubernick
ben@wglawllp.com
*Attorney for Plaintiff*

_____
BENJAMIN J. YOUNG
SARA E. WOODS