IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KARINA TELLO,**

    Plaintiff,

vs.     No. 2:24-cv-000390-KG-KRS

**LEA COUNTY BOARD OF COUNTY COMMISSIONERS, COREY HELTON, MICHAEL WALKER, FERNANDO JIMENEZ, SEAN ROACH, SONIA ESTRADA, DIANE JURADO-GARCIA, AILEEN VIZCARRA, ALYSSA PORRAS, DOE DEFENDANTS 1-50,**

    Defendants.

## ENTRY OF APPEARANCE

COMES NOW Serpe Andrews, PLLC (Cody R. Rogers) and hereby enters its appearance in the above-entitled action on behalf of Sonia Estrada, Diane Jurado-Garcia, and Aileen Vizcarra.

Respectfully submitted,

**Serpe | Andrews, PLLC**

*/s/ Cody R. Rogers*
Cody R. Rogers
2540 El Paseo Road, Ste. D
Las Cruces, NM 88005
(713) 452-4400
crogers@serpeandrews.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June 2024, I filed the foregoing through this Court's CM/ECF File and Serve, causing a true and correct copy of the same to be served upon all parties of record as more fully reflected in the Notice of Electronic Filing.

*/s/ Cody R. Rogers*
Cody R. Rogers