IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KARINA TELLO,

    Plaintiff,

v.                                                                                                                                      No. 2:24-CV-00390-KG-KRS

LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON, MICHAEL
WALKER, FERNANDO JIMENEZ, SEAN ROACH,
SONIA ESTRADA, DIANE JURADO-GARCIA,
AILEEN VIZCARRA, ALYSSA PORRAS, DOE
DEFENDANTS 1-50

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO FILE SECOND AMENDED COMPLAINT

    This matter is before the Court on Plaintiff Karina Tello's Unopposed Motion for Leave to File a Second Amended Complaint. The Court, having been fully advised of the motion's premises, finds that the motion is well taken and will be granted.

    IT IS THEREFORE ORDERED that Plaintiff may file her Second Amended Complaint no later than five business days following the entry of this order.

_____
UNITED STATES DISTRICT JUDGE