IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KARINA TELLO,**

      **Plaintiff,**

**v.**                                                  No. 2:24-cv-00390-KG/GJF

**LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO JIMENEZ,
SEAN ROACH, SONIA ESTRADA,
DIANE JURADO-GARCIA,
AILEEN VIZCARRA, ALYSSA PORRAS,
DOE DEFENDANTS 1-50,**

      **Defendants.**

## NOTICE OF NON-APPEARANCE

Defendants Lea County Board of County Commissioners, Corey Helton, Michael Walker, Fernando Jimenez, and Sean Roach ("County Defendants"), by and through counsel, MYNATT SPRINGER P.C. (Benjamin J. Young and Sara E. Woods), give notice that Defendant Sean Roach and County Defendants' representatives will not appear at the deposition currently scheduled for Tuesday, August 12, 2025 for the reasons set forth in the Motion for Protective Order, August 7, 2025 [Doc. 79].

                                                    Respectfully Submitted,

                                                    MYNATT SPRINGER P.C.

                                                    /s/ Benjamin J. Young
                                                    BENJAMIN J. YOUNG
                                                    New Mexico Bar No. 144702
                                                    SARA E. WOODS
                                                    New Mexico Bar No. 149555
                                                    P.O. Box 2699
                                                    Las Cruces, New Mexico 88004-2699
                                                    (575) 524-8812
                                                    bjy@mynattspringer.com
                                                    sew@mynattspringer.com
                                                    *Attorneys for County Defendants*

## **CERTIFICATE OF SERVICE**

      I certify that, on August 7, 2025, a copy of the foregoing pleading was served on the below counsel of record via electronic mail:

| | |
|---|---|
| Benjamin Gubernick<br>Curtis R. Waldo<br>ben@wglawllp.com<br>curtis@wglawllp.com<br>*Attorneys for Plaintiff* | Cody R. Rogers<br>Jennifer M. Meyer<br>crogers@serpeandrews.com<br>jmeyer@serpeandrews.com<br>*Attorneys for Defendants Estrada,*<br>*Jurado-Garcia, and Vizcarra* |
| Michael Newell<br>mnewell@newelllawnm.com<br>*Attorney for Defendant Porras* | |

*/s/ Benjamin J. Young*
_____
BENJAMIN J. YOUNG