UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

KARINA TELLO,

    Plaintiff,

v.                                                Civ. No. 2:24-390 KG/GJF

LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO JIMENEZ,
SEAN ROACH, SONIA ESTRADA,
DIANE JURADO-GARCIA, AILEEN VIZCARRA,
ALYSSA PORRAS, DOE DEFENDANTS 1-50,

    Defendants.

### SUPPLEMENTAL ORDER REGARDING EVIDENTIARY HEARING AND ORAL ARGUMENT

The Court hereby **SETS** an evidentiary hearing and oral argument as follows:

| | |
|---|---|
| **Date and time:** | Monday, September 8, 2025, at 10:00 a.m. MDT |
| **Matters to be heard:** | Defendants' Motion to Quash and Objections to Plaintiff's Subpoena to the New Mexico State Police [ECF 70]; Defendants' Joint Motion for Protective Order and Request to Seal Court Records [ECF 79] |

**IT IS ORDERED** that counsel for the parties shall appear for the evidentiary hearing and oral argument on the above motions on **September 8, 2025, at 10:00 a.m. MDT** at the U.S. Courthouse in Las Cruces in the Dona Ana Courtroom.

**IT IS FURTHER ORDERED** that any party intending to call any witness(es) at the hearing shall file a notice to that effect, providing the name(s) and expected length of direct examination, not later than **Wednesday, September 3, 2025, at 5:00 p.m**.

**IT IS FINALLY ORDERED** that any party intending to offer additional exhibits beyond those already in the record (which may be referred to at the hearing by CM/ECF document

number), shall file a notice to that effect, attaching the proposed exhibits, not later than **Wednesday, September 3, 2025, at 5:00 p.m**. Any additional exhibits offered by Plaintiff shall be numbered, and any additional exhibits offered by Defendants shall be lettered. The parties shall not offer duplicate exhibits into evidence. The Court will take up any objections to the proposed exhibits at the outset of the hearing.

    **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE