IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KARINA TELLO,**

      **Plaintiff,**

v.                                                                     No. 2:24-cv-00390-KG/GJF

**LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO JIMENEZ,
SEAN ROACH, SONIA ESTRADA,
DIANE JURADO-GARCIA,
AILEEN VIZCARRA, ALYSSA PORRAS,
DOE DEFENDANTS 1-50,**

      **Defendants.**

## COUNTY DEFENDANTS' NOTICE OF INTENT
## TO USE EXHIBITS AT EVIDENTIARY HEARING

Defendants Lea County Board of County Commissioners, Corey Helton, Michael Walker, Fernando Jimenez, and Sean Roach, by and through counsel of record, MYNATT SPRINGER P.C. (Benjamin J. Young and Sara E. Woods) hereby give notice that they may use the following exhibit in addition to those that have been filed in support of Defendants' Motion and Reply at the Evidentiary Hearing scheduled for September 8, 2025:

    A.    "Eddy and Lea County Exposed" Facebook page as of September 8, 2025. https://www.facebook.com/search/top?q=eddy%20and%20lea%20county%20exposed

    B.    Defendants may use any exhibits identified by other parties to the case.

Respectfully submitted,

MYNATT SPRINGER P.C.

/s/ Benjamin J. Young
_____
BENJAMIN J. YOUNG
New Mexico Bar No. 144702
SARA E. WOODS
New Mexico Bar No. 149555
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
bjy@mynattspringer.com
sew@mynattspringer.com
*Attorneys for County Defendants*

## **CERTIFICATE OF SERVICE**

I certify that, on September 3, 2025, a copy of the foregoing pleading was served on the below counsel of record via electronic mail:

| | |
|---|---|
| Benjamin Gubernick | Cody R. Rogers |
| Curtis R. Waldo | Jennifer M. Meyer |
| ben@wglawllp.com | crogers@serpeandrews.com |
| curtis@wglawllp.com | jmeyer@serpeandrews.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Estrada, Jurado-Garcia, and Vizcarra* |

Michael Newell
mnewell@newelllawnm.com
*Attorney for Defendant Porras*

/s/ Benjamin J. Young
_____
BENJAMIN J. YOUNG
SARA E. WOODS