UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**KARINA TELLO,**

    Plaintiff,

v.                                                               2:24-cv-390 KG/GJF

**LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO JIMENEZ,
SEAN ROACH, SONIA ESTRADA,
DIANA JURADO-GARCIA,
AILEEN VIZCARRA, ALYSSA PORRAS,
DOE DEFENDANTS 1-50,**

    Defendants.

**STIPULATED ORDER EXTENDING MOTION TO COMPEL DEADLINE**

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Extend Motion to Compel Deadline and the Court, having been sufficiently advised therein, FINDS the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the deadline for Defendant Estrada to file her Motion to Compel with respect to Plaintiff's Responses and Objections to Defendant Estrada's First Set of Interrogatories, Requests for Production, and Requests for Admission shall be extended from September 23, 2025, to **October 3, 2025**.

SO ORDERED.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

**Serpe | Andrews, PLLC**

*/s/ Jennifer M. Meyer*
Cody R. Rogers
Jennifer M. Meyer
2540 El Paseo Road, Ste D
Las Cruces, NM 88001
Telephone: (575) 288-1453
crogers@serpeandrews.com
jmeyer@serpeandrews.com
*Attorneys for Defendants Vizcarra, Jurado-Garcia, and Estrada*

-and-

**WALDO GUBERNICK
LAW ADVOCATES LLP**

By: */s/ Approved via email 9/30/25*
Curtis Waldo
Benjamin Gubernick
WALDO GUBERNICK
LAW ADVOCATES LLP
Benjamin Gubernick (SBN 321883)
ben@wglawllp.com
Curtis Waldo (SBN 163604)
curtis@wglawllp.com
Telephone (346) 394-8056
717 Texas St. Suite 1200
*Attorneys for Plaintiff*