# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

KARINA TELLO,

    Plaintiff,

v.                                            Civ. No. 2:24-390 KG/GJF

LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO JIMENEZ,
SEAN ROACH, SONIA ESTRADA,
DIANE JURADO-GARCIA, AILEEN VIZCARRA,
ALYSSA PORRAS, DOE DEFENDANTS 1-50,

    Defendants.

## AMENDED ORDER SETTING EVIDENTIARY HEARING AND ORAL ARGUMENT AND EXPEDITING BRIEFING

The Court hereby **SETS** an evidentiary hearing and oral argument as follows:

| | |
|---|---|
| **Date and time:** | Wednesday, October 29, 2025, at 10:00 a.m. MDT |
| **Matters to be heard:** | Plaintiff's Motion for Sanctions Against Defendant Lea County Board of County Commissions and Mynatt Springer P.C. (Dkt. No. 94); Defendant Estrada's Motion to Compel Discovery from Plaintiff (Dkt. No. 116) |

**IT IS ORDERED** that counsel for the parties shall appear for the evidentiary hearing and oral argument on the above motions on **Wednesday, October 29, 2025, at 10:00 a.m. MDT** at the U.S. Courthouse in Las Cruces in the Dona Ana Courtroom. As Defendant Porras takes no position on either motion, her counsel is excused from appearing at the hearing.

**IT IS FURTHER ORDERED** that any party intending to call any witness(es) at the hearing shall file a notice to that effect, providing the name(s) and expected length of direct examination, not later than **Friday, October 24, 2025, at 3:00 p.m**.

**IT IS FURTHER ORDERED** that any party intending to offer additional exhibits beyond

those already in the record (which may be referred to at the hearing by CM/ECF document number), shall file a notice to that effect, attaching the proposed exhibits, not later than **Friday, October 24, 2025, at 3:00 p.m**. Any additional exhibits offered by Plaintiff shall be numbered, and any additional exhibits offered by Defendants shall be lettered. The parties shall not offer duplicate exhibits into evidence. The Court will take up any objections to the proposed exhibits at the outset of the hearing.

**IT IS FINALLY ORDERED** that as the Court will hear oral argument on Defendant Estrada's Motion to Compel (Dkt. No. 116) at the hearing, it is necessary to expedite briefing on that motion. The Court therefore **ORDERS** Plaintiff to file her response to Defendant Estrada's Motion to Compel on or before **Wednesday, October 15, 2025**, and Defendant Estrada to file a reply, if any, on or before **Monday, October 27, 2025**.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE