UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

KARINA TELLO,

    Plaintiff,

v.      Civ. No. 2:24-390 KG/GJF

LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO JIMENEZ,
SEAN ROACH, SONIA ESTRADA,
DIANE JURADO-GARCIA, AILEEN VIZCARRA,
ALYSSA PORRAS, DOE DEFENDANTS 1-50,

    Defendants.

## ORDER FOLLOWING IN CAMERA REVIEW

THIS MATTER is before the Court following its in camera review of the 2025 Cellebrite extractions of the cell phones of Defendants Estrada, Jurado-Garcia, and Vizcarra. The Court having compared the contents that it found to be discoverable to the material already produced by those Defendants to Plaintiff, the Court finds no discrepancy. Accordingly, the Court finds and concludes that Defendants Estrada, Jurado-Garcia, and Vizcarra have complied with their discovery obligations insofar as the 2025 Cellebrite extractions of their cell phones are concerned, and no further production is required.

SO ORDERED.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE