UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

KARINA TELLO,

    Plaintiff,

v.                                          Civ. No. 2:24-390 KG/GJF

LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO JIMENEZ,
SEAN ROACH, SONIA ESTRADA,
DIANE JURADO-GARCIA, AILEEN VIZCARRA,
ALYSSA PORRAS, DOE DEFENDANTS 1-50,

    Defendants.

## ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(A) and Rule 72(a) of the Federal Rules of Civil Procedure, Magistrate Judge Gregory J. Fouratt is hereby designated to hear and determine *Plaintiff's Motion for Sanctions Against Defendant Lea County Board of County Commissioners and Mynatt Springer P.C.* (Dkt. No. 94).

DATED this 7th day of October 2025.

                                                    /s/_____
                                                    KENNETH J. GONZALES[1]
                                                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.