UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

KARINA TELLO,

    Plaintiff,

v.                                                                                        Civ. No. 24-390 KG/GJF

LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO JIMENEZ,
SEAN ROACH, SONIA ESTRADA,
DIANA JURADO-GARCIA, AILEEN VIZCARRA,
ALYSSA PORRAS, DOE DEFENDANTS 1-50,

    Defendants.

## ORDER GRANTING IN PART AND DENYING IN PART
## DEFENDANT ESTRADA'S MOTION TO COMPEL DISCOVERY FROM PLAINTIFF

THIS MATTER is before the Court on Defendant Estrada's Motion to Compel Discovery from Plaintiff (Dkt. No. 116). On October 29, 2025, the Court held a hearing on this Motion. *See* Dkt. No. 135. For the reasons stated on the record at the hearing, Defendant Estrada's Motion to Compel is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. With respect to Interrogatory 3, Plaintiff shall expand the scope of her request for her own cell phone records to include those on or after July 18, 2023. Plaintiff shall supplement her response to Interrogatory 3 with the records she receives from that broader request and by identifying by name any other person(s) at Lea County Sheriff's Office ("LCSO"), including Andy Dominguez, with whom she conversed during the relevant period.

2. Plaintiff shall supplement her response to Interrogatory 15 to provide a complete and fulsome response to each subpart of the interrogatory.

3. Plaintiff shall supplement her response to Interrogatory 19 by identifying the name(s) of any other person(s) employed by LCSO with whom she was romantically linked from April 2023 to September 2023.

4. Plaintiff shall supplement her response to Interrogatory 20 to state whether Victor Murillo was on duty (if she knows) and if so, where he was assigned.

5. Plaintiff shall supplement her response to Request for Production 2 by producing any purchase-related documents for cell phones that she purchased on or after January 1, 2023.

6. Plaintiff shall supplement her response to Request for Production 3 to fully respond to the request.

7. Plaintiff shall supplement her response to Request for Production 4 to provide any communications with Daniel Soto about the dissemination of the intimate video at issue in this case from January 1, 2023 to April 2023 and from August 2023 on.
8. Plaintiff shall provide all supplementary responses ordered herein by **November 12, 2025**.
9. In all other respects, including as to sanctions, Defendant Estrada's Motion to Compel is **DENIED**.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE