## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**KARINA TELLO**

      **Plaintiff,**

**v.**                             **No. 2:24-CV-00390-KG-GJF**

**LEA COUNTY BOARD OF COUNTY**
**COMMISSIONERS, COREY HELTON,**
**MICHAEL WALKER, FERNANDO JIMENEZ,**
**SEAN ROACH, SONIA ESTRADA,**
**DIANE JURADO-GARCIA, AILEEN VIZCARRA,**
**ALYSSA PORRAS, DOE DEFENDANTS 1-50**

      **Defendants.**

### DEFENDANTS' OPPOSED MOTION TO EXTEND DEADLINE FOR PRODUCTION OF COMMUNICATIONS FROM DEFENDANTS' 2023 CELL PHONES

      COMES NOW Defendants Sonia Estrada, Aileen Vizcarra and Diane Jurado-Garcia ("Defendants"), by and through their attorneys of record, SERPE | ANDREWS, PLLC (Cody R. Rogers and Jennifer M. Meyer), hereby respectfully request this Court to extend the deadline for production of communications from Defendants' 2023 cell phones from November 10, 2025, to December 10, 2025. Plaintiff's counsel was contacted regarding their position, and the Motion is opposed. As grounds for this Motion, Defendants state as follows:

1. During a hearing on October 8, 2025, the Court ordered Defendants to complete their review and to produce the responsive documents from the 2023 New Mexico State Police cell phone extractions. [Doc. 125]

2. Defendants' production is due November 10, 2025.

3. This production includes over six thousand (6,000) pages of communications and over one thousand (1,000) images.

4. Defendants are still in the process of completing their review of these communications and additional time is needed to complete the review.

5. Accordingly, Defendants respectfully request that the Court enter an Order extending the deadline for Defendants' production from November 10, 2025, to December 10, 2025.

6. This extension will not affect any other deadlines in this matter.

WHEREFORE, for the foregoing reasons, Defendants Estrada, Vizcarra, and Jurad-Garcia respectfully request the Court enter an Order granting this Motion and extending Defendants' deadline to December 10, 2025, and for any additional relief that this Court deems fair and just.

Respectfully submitted,

**Serpe | Andrews, PLLC**

_/s/ Jennifer M. Meyer_
Cody R. Rogers
Jennifer M. Meyer
2540 El Paseo Road, Ste D
Las Cruces, NM 88001
Telephone: (575) 288-1453
crogers@serpeandrews.com
jmeyer@serpeandrews.com
***Attorneys for Defendants Vizcarra, Jurado-Garcia, and Estrada***

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2025, I filed the foregoing through this Court's CM/ECF File and Serve, causing a true and correct copy of the same to be served upon all registered parties of record as more fully reflected in the Notice of Electronic Filing.

_/s/ Jennifer M. Meyer_
Jennifer M. Meyer
**Serpe | Andrews, PLLC**