IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KARINA TELLO,**

**Plaintiff,**

v.                                                                                          2:24-cv-00390-KG-GJF

**LEA COUNTY BOARD OF COUNTY COMMISSIONERS, COREY HELTON, MICHAEL WALKER, FERNANDO JIMENEZ, SEAN ROACH, SONIA ESTRADA, DIANE JURADO-GARCIA, AILEEN VIZCARRA, ALYSSA PORRAS, DOE DEFENDANTS 1-50,**

**Defendants.**

## DECLARATION OF BENJAMIN GUBERNICK IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' OPPOSED MOTION TO EXTEND DEADLINE FOR PRODUCTION OF COMMUNICATIONS FROM DEFENDANTS' 2023 CELL PHONES (Dkt. 140)

My name is Benjamin Gubernick. I am over the age of 18, and counsel of record for Plaintiff in the above captioned and styled matter. If called upon to testify, I would competently do so as follows:

1. I have attached as Exhibit 1 a true and correct copy of a November 7, 2025 email exchange I had with opposing counsel.

I declare under penalty of perjury that the foregoing is accurate to the best of my knowledge.

*/s/ Benjamin Gubernick*
Benjamin Gubernick

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, I served this document on counsel of record in compliance with the Federal Rules of Civil Procedure.

*/s/ Benjamin Gubernick*
Benjamin Gubernick

# EXHIBIT 1



Ben Gubernick <ben@wglawllp.com>

# Tello v. Lea County et al.
8 messages

**Jennifer M. Meyer** <JMeyer@serpeandrews.com>     Fri, Nov 7, 2025 at 2:25 PM
To: Ben Gubernick <ben@wglawllp.com>
Cc: Curtis Waldo <curtis@wglawllp.com>, Cody Rogers <crogers@serpeandrews.com>, Corina Marrufo <cmarrufo@serpeandrews.com>, "Benjamin J. Young" <bjy@mynattspringer.com>, Sara Woods <sew@mynattspringer.com>, Brandi Breen <bb@mynattspringer.com>, Sasha Lujan <sal@mynattspringer.com>, Mike Newell <mnewell@newelllawnm.com>

Dear Ben

I hope you are doing well. It is taking longer to review and organize the 2023 NMSP extractions than initially anticipated as they include close to seven thousand pages of communications and over a thousand images/attachments. We are making diligent efforts to complete the supplementation but will need additional time to ensure it is thorough and accurate.

As such, we intend to file a motion requesting an extension of time to supplement Defendants Estrada, Jurado-Garca, and Vizcarra's discovery regarding the extractions from their 2023 cell phones. Attached please find the motion and proposed Order. Please let us know if you approve the extension so that we can note your position when we file the motion. Should you have any questions, please do not hesitate to contact our office.

Thank you,

Jennifer Meyer

**Jennifer Meyer**

Associate Attorney

11/13/25, 2:32 PM                    Waldo Gubernick Law Advocates Mail - Tello v. Lea County et al.

Case 2:24-cv-00390-KG-GJF        Document 142-1        Filed 11/14/25       Page 4 of 6



2540 Eʟ Pᴀsᴇᴏ, Sᴜɪᴛᴇ D | Lᴀs Cʀᴜᴄᴇs, Nᴇᴡ Mᴇxɪᴄᴏ 88001

239.908.7955 Dɪʀᴇᴄᴛ | 713.452.4400 Mᴀɪɴ | 713.452.4499 ꜰᴀx

JMeyer@serpeandrews.com | www.serpeandrews.com



2 attachments

 **Tello - 2025.11.04 Motion to extend deadline for production of communications from 2023 cell phones.docx**
21K

 **Tello - 2025.11.04 Draft Order Extending Deadline for Production of Communications from Defs 2023 cell phones.docx**
23K

---

**Ben Gubernick** <ben@wglawllp.com>                                           Fri, Nov 7, 2025 at 2:31 PM
To: "Jennifer M. Meyer" <JMeyer@serpeandrews.com>
Cc: Curtis Waldo <curtis@wglawllp.com>, Cody Rogers <crogers@serpeandrews.com>, Corina Marrufo <cmarrufo@serpeandrews.com>, "Benjamin J. Young" <bjy@mynattspringer.com>, Sara Woods <sew@mynattspringer.com>, Brandi Breen <bb@mynattspringer.com>, Sasha Lujan <sal@mynattspringer.com>, Mike Newell <mnewell@newelllawnm.com>

> Jennifer, can you please tell us when you first came into possession of the 2023 extractions?
>
> [Quoted text hidden]

3 attachments



image001.png
12K

image002.png
1K

image003.png
153K

| | |
|---|---|
| **Cody Rogers** <crogers@serpeandrews.com> | Fri, Nov 7, 2025 at 2:39 PM |

To: Ben Gubernick <ben@wglawllp.com>, "Jennifer M. Meyer" <JMeyer@serpeandrews.com>
Cc: Curtis Waldo <curtis@wglawllp.com>, Corina Marrufo <cmarrufo@serpeandrews.com>, "Benjamin J. Young" <bjy@mynattspringer.com>, Sara Woods <sew@mynattspringer.com>, Brandi Breen <bb@mynattspringer.com>, Sasha Lujan <sal@mynattspringer.com>, Mike Newell <mnewell@newelllawnm.com>

> The Court ordered us to handle them just like the 2025 extractions at the October 8 status conference. That's an intensive process that takes a lot of time. If you oppose the motion, we'll note that.

--Cody Rogers

[Quoted text hidden]

| | |
|---|---|
| **Ben Gubernick** <ben@wglawllp.com> | Fri, Nov 7, 2025 at 2:45 PM |

To: Cody Rogers <crogers@serpeandrews.com>
Cc: "Jennifer M. Meyer" <JMeyer@serpeandrews.com>, Curtis Waldo <curtis@wglawllp.com>, Corina Marrufo <cmarrufo@serpeandrews.com>, "Benjamin J. Young" <bjy@mynattspringer.com>, Sara Woods <sew@mynattspringer.com>, Brandi Breen <bb@mynattspringer.com>, Sasha Lujan <sal@mynattspringer.com>, Mike Newell <mnewell@newelllawnm.com>

Cody,

We sent discovery requests to Estrada, Vizcarra, and Garcia long ago. I'm trying to understand why these documents haven't been reviewed/produced already, since you apparently got the extractions form a source other than NMSP.

If I don't know how long you've had the extractions, I'm unable to assess how diligently you've reviewed them.

So, the question stands: when did you get the extractions?

Thanks,

Ben

[Quoted text hidden]

3 attachments

image001.png
12K

image002.png
1K

image003.png
153K

**Cody Rogers** <crogers@serpeandrews.com>    Fri, Nov 7, 2025 at 2:48 PM
To: Ben Gubernick <ben@wglawllp.com>
Cc: "Jennifer M. Meyer" <JMeyer@serpeandrews.com>, Curtis Waldo <curtis@wglawllp.com>, Corina Marrufo <cmarrufo@serpeandrews.com>, "Benjamin J. Young" <bjy@mynattspringer.com>, Sara Woods <sew@mynattspringer.com>, Brandi Breen <bb@mynattspringer.com>, Sasha Lujan <sal@mynattspringer.com>, Mike Newell <mnewell@newelllawnm.com>

We'll note your opposition to the motion.

Thanks!

[Quoted text hidden]

**Ben Gubernick** <ben@wglawllp.com>    Fri, Nov 7, 2025 at 3:13 PM