UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

KARINA TELLO,

      Plaintiff,

v.                                                    Civ. No. 2:24-390 KG/GJF

LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO JIMENEZ,
SEAN ROACH, SONIA ESTRADA,
DIANE JURADO-GARCIA, AILEEN VIZCARRA,
ALYSSA PORRAS, DOE DEFENDANTS 1-50,

      Defendants.

**INTERIM ORDER RELATED TO
PLAINTIFF'S MOTION FOR SANCTIONS**

      THIS MATTER is before the Court following its October 29, 2025 Evidentiary Hearing on Plaintiff's Motion for Sanctions Against Defendant Lea County Board of County Commissioners and Mynatt Springer P.C. (Dkt. No. 94). Having considered the filings, arguments, record evidence, and relevant law, and for the reasons stated on the record, the Court concludes that interim relief is warranted while Plaintiff's Motion for Sanctions remains under advisement.

      **IT IS THEREFORE ORDERED** that Plaintiff is permitted – if she wishes – to reopen the deposition of Defendant Sonia Estrada for one hour with the questioning limited to the text messages belatedly produced by Defendant Sean Roach and matters directly relevant and related to those messages.

      **IT IS FURTHER ORDERED** that Plaintiff is permitted – if she wishes – to reopen the deposition of Defendant Michael Walker for one hour with the same limitations on scope as for Defendant Estrada's deposition.

      **IT IS FURTHER ORDERED** that the court reporter and/or videographer fees associated

with the reopened depositions shall be paid exclusively by Defendant Lea County Board of County Commissioners.

**IT IS FINALLY ORDERED** that the remainer of Plaintiff's Motion for Sanctions remains under advisement.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE