## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**KARINA TELLO,**

**Plaintiff,**

**v.**                                               **2:24-cv-00390-KG-GJF**

**LEA COUNTY BOARD OF COUNTY**
**COMMISSIONERS, COREY HELTON,**
**MICHAEL WALKER, FERNANDO JIMENEZ,**
**SEAN ROACH, SONIA ESTRADA,**
**DIANE JURADO-GARCIA,**
**AILEEN VIZCARRA, ALYSSA PORRAS,**
**DOE DEFENDANTS 1-50,**

**Defendants.**

### DECLARATION OF BENJAMIN GUBERNICK IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT ALYSSA PORRAS' FIRST AMENDED MOTION FOR SUMMARY JUDGMENT (Dkt. 148)

My name is Benjamin Gubernick. I am knowledgeable about the facts in this Declaration. My address is 717 Texas Ave., Ste. 1200, Houston, TX 77002. I am counsel of record for Plaintiff in the above captioned matter. If called upon to testify, I could and would competently do so as follows:

1. I have attached as Exhibit 1 true and correct copies of text messages recovered from the phone of Diana Jurado by the New Mexico State Police.

2. I have attached as Exhibit 2 a true and correct copy of a declaration signed by Victor Murillo.

3. I have attached as Exhibit 3 true and correct excerpts from the deposition of Karina Tello.

4. I have attached as Exhibit 4 a true and correct copy of a Lea County Sheriff's Office document recommending Plaintiff's termination.

5. I have attached as Exhibit 5 true and correct excerpts from the deposition of Daniel Soto.

6.  I have attached as Exhibit 6 a true and correct copy of a complaint about Plaintiff submitted to the Lea County Sheriff's Office by Defendant Sonia Estrada.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Benjamin Gubernick*
Benjamin Gubernick

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I served this document on counsel of record in compliance with the Federal Rules of Civil Procedure.

*/s/ Benjamin Gubernick*
Benjamin Gubernick

# EXHIBIT 1

PM(UTC-
6)

+15756023136 Aileen

+15756029266 Alyssa
Porras

doporto243@yahoo.com
Diana Garcia

**Status:** Read
6/7/2023 8:00:37 PM(UTC-6)

From: +15756029266 Alyssa Porras
To: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756023136 Aileen
To: doporto243@yahoo.com Diana Garcia (owner)
You sent videos and dick pics?? Is that why you don't want to give
what you have on her?

Participant Delivered Read Played

+15756022370 Diana Garcia          6/7/2023 8:01:16
PM(UTC-6)

+15759643236 Daniel Soto

+15756023136 Aileen

doporto243@yahoo.com Diana
Garcia

**Status:** Read
6/7/2023 8:01:12 PM(UTC-6)

From: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia
(owner)
Emphasized "You sent videos and dick pics?? Is
that why you do…"

Participant Delivered Read Played

+15759643236 Daniel Soto

+15756023136 Aileen

+15756029266 Alyssa Porras

doporto243@yahoo.com Diana Garcia

**Status:** Sent
6/7/2023 8:01:39 PM(UTC-6)

I remember now, that was a convo over phone call that I had with her. She tried inviting me one night to Jaycie's when she was drunk and I was on shift. Thank God I didn't accept that invitation 🤣

Participant Delivered Read Played

+15756022370 Diana Garcia          6/8/2023 8:19:07 AM(UTC-6)
+15756023136 Aileen
+15756029266 Alyssa Porras
doporto243@yahoo.com Diana Garcia

**Status:** Read
6/8/2023 8:18:50 AM(UTC-6)

From: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)
Laughed at "I always wondered why she was so close to Jaycie. …"

Participant Delivered Read Played

+15759643236 Daniel Soto
+15756023136 Aileen
+15756029266 Alyssa Porras
doporto243@yahoo.com Diana Garcia

**Status:** Sent
6/8/2023 8:19:23 AM(UTC-6)

From: +15756029266 Alyssa Porras
To: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756023136 Aileen
To: doporto243@yahoo.com Diana Garcia (owner)
I'll own up to my mistakes, we can't grow if we don't accept that we are flawed, have made mistakes and learn from them. Would I do it again… HELL NO!!! I've seen how dirty her and Karina are.. they have no self-respect! Dude how dare she make it seem like that! Fuck that bitch… I'm pissed. She don't run her mouth to our faces though.

Participant Delivered Read Played

+15756022370 Diana Garcia          6/8/2023 8:20:05 AM(UTC-6)
+15759643236 Daniel Soto
+15756023136 Aileen

From: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)

Exactly 💯 I agree! Soto you're way too good of a man to let the Lea county whore make you feel any type of way about yourself.

Participant Delivered Read Played

+15759643236 Daniel Soto
+15756023136 Aileen
+15756029266 Alyssa Porras
doporto243@yahoo.com Diana Garcia

**Status:** Sent
6/8/2023 8:25:35 AM(UTC-6)

From: +15759643236 Daniel Soto
To: +15756022370 Diana Garcia (owner)
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)

Loved "Exactly 💯 I agree! Soto you're way too good of a …"

Participant Delivered Read Played

| | |
|---|---|
| +15756022370 Diana Garcia | 6/8/2023 8:26:02 AM(UTC-6) |
| +15756023136 Aileen | |
| +15756029266 Alyssa Porras | |
| doporto243@yahoo.com Diana Garcia | |

**Status:** Read
6/8/2023 8:26:02 AM(UTC-6)

From: +15759643236 Daniel Soto
To: +15756022370 Diana Garcia (owner)
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)

Loved "For reals.. don't let her throw your name in the m…"

TELLO000226

Participant Delivered Read Played

+15756022370 Diana Garcia       6/8/2023 8:26:07 AM(UTC-6)

+15756023136 Aileen

+15756029266 Alyssa Porras

doporto243@yahoo.com Diana Garcia

**Status:** Read

6/8/2023 8:26:07 AM(UTC-6)

From: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)

She would claim you're so obsessed with her and tried to kill her for not being with you.

Participant Delivered Read Played

+15759643236 Daniel Soto

+15756023136 Aileen

+15756029266 Alyssa Porras

doporto243@yahoo.com Diana Garcia

**Status:** Sent

6/8/2023 8:26:09 AM(UTC-6)

From: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)

Karina has lost her damn mind

Participant Delivered Read Played

+15759643236 Daniel Soto

+15756023136 Aileen

+15756029266 Alyssa Porras

doporto243@yahoo.com Diana
Garcia

**Status:** Sent
6/8/2023 8:26:25 AM(UTC-6)

From: +15759643236 Daniel Soto
To: +15756022370 Diana Garcia (owner)
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)
I'm in a much better state now. I've got my issues, but not issues caused or for her.
Murillo can have her for all I care. Fuck that.

Participant Delivered Read Played

| | |
|---|---|
| +15756022370 Diana Garcia | 6/8/2023 8:30:33 AM(UTC-6) |
| +15756023136 Aileen | |
| +15756029266 Alyssa Porras | |
| doporto243@yahoo.com Diana Garcia | |

**Status:** Read
6/8/2023 8:27:10 AM(UTC-6)

From: +15759643236 Daniel Soto
To: +15756022370 Diana Garcia (owner)
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia
(owner)
Emphasized "She would claim you're so
obsessed with her and tr…"

Participant Delivered Read Played

| | |
|---|---|
| +15756022370 Diana Garcia | 6/8/2023 8:30:33 AM(UTC-6) |
| +15756023136 Aileen | |
| +15756029266 Alyssa Porras | |
| doporto243@yahoo.com Diana Garcia | |

**Status:** Read
6/8/2023 8:29:41 AM(UTC-6)

From: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras

TELLO000228

To: doporto243@yahoo.com Diana Garcia
(owner)
Loved "I'm in a much better state now. I've
got my issues…"

Participant Delivered Read Played

+15759643236 Daniel Soto
+15756023136 Aileen
+15756029266 Alyssa Porras
doporto243@yahoo.com Diana Garcia

**Status:** Sent
6/8/2023 8:30:38 AM(UTC-6)

From: +15756022370 Diana Garcia
(owner)
To: +15759643236 Daniel Soto
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana
Garcia (owner)
Word.

Participant Delivered Read Played

+15759643236 Daniel Soto
+15756023136 Aileen
+15756029266 Alyssa Porras
doporto243@yahoo.com Diana
Garcia

**Status:** Sent
6/8/2023 8:30:43 AM(UTC-6)

From: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)
She's community property. She belongs to the streets and we all know she will do
ANYTHING to save her own skin. We ain't shit to her.

Participant Delivered Read Played

+15759643236 Daniel Soto
+15756023136 Aileen
+15756029266 Alyssa Porras

doporto243@yahoo.com Diana Garcia

**Status:** Sent

6/8/2023 8:31:15 AM(UTC-6)

From: +15759643236 Daniel Soto
To: +15756022370 Diana Garcia (owner)
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)
I just want y'all to know, I love y'all! You guys have been there for me at my worst and my upcoming best. Y'all mean the world to me

Participant Delivered Read Played

+15756022370 Diana Garcia              6/8/2023 8:32:04 AM(UTC-6)
+15756023136 Aileen
+15756029266 Alyssa Porras
doporto243@yahoo.com Diana Garcia

**Status:** Read
6/8/2023 8:31:25 AM(UTC-6)

From: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)
Loved "I just want y'all to know, I love y'all! You guys …"

Participant Delivered Read Played

+15759643236 Daniel Soto
+15756023136 Aileen
+15756029266 Alyssa Porras
doporto243@yahoo.com Diana Garcia

**Status:** Sent
6/8/2023 8:32:08 AM(UTC-6)

From: +15756023136 Aileen
To: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)
Imagine if she would find out we actually hooked up once she would shit herself😂

**Status:** Sent

6/13/2023 8:26:18 PM(UTC-6)

From: +15756023136 Aileen
To: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)

Fucken gross

Participant Delivered Read Played

| | |
|---|---|
| +15756022370 Diana Garcia | 6/13/2023 8:26:34 PM(UTC-6) |
| +15759643236 Daniel Soto | |
| +15756029266 Alyssa Porras | |
| doporto243@yahoo.com Diana Garcia | |

**Status:** Read

6/13/2023 8:26:34 PM(UTC-6)

From: +15756023136 Aileen
To: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)

Don't even reply to her

Participant Delivered Read Played

| | |
|---|---|
| +15756022370 Diana Garcia | 6/13/2023 8:26:39 PM(UTC-6) |
| +15759643236 Daniel Soto | |
| +15756029266 Alyssa Porras | |
| doporto243@yahoo.com Diana Garcia | |

**Status:** Read

6/13/2023 8:26:39 PM(UTC-6)

From: +15756022370 Diana Garcia
(owner)
To: +15759643236 Daniel Soto
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana
Garcia (owner)

Participant Delivered Read Played

+15759643236 Daniel Soto

+15756023136 Aileen

+15756029266 Alyssa Porras

doporto243@yahoo.com Diana
Garcia

**Status:** Sent

6/13/2023 8:26:48 PM(UTC-6)

From: +15756023136 Aileen
To: +15756022370 Diana Garcia
(owner)
To: +15759643236 Daniel Soto
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana
Garcia (owner)

And leave it at that

Participant Delivered Read Played

| | |
|---|---|
| +15756022370 Diana Garcia | 6/13/2023 8:30:48 PM(UTC-6) |
| +15759643236 Daniel Soto | |
| +15756029266 Alyssa Porras | |
| doporto243@yahoo.com Diana Garcia | |

**Status:** Read

6/13/2023 8:27:04 PM(UTC-6)

From: +15759643236 Daniel Soto
To: +15756022370 Diana Garcia
(owner)
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras

To: doporto243@yahoo.com Diana
Garcia (owner)

Well I haven't. Well. Alyssa. 🤣

Participant Delivered Read Played

| | |
|---|---|
| +15756022370 Diana Garcia | 6/13/2023 8:30:48 PM(UTC-6) |
| +15756023136 Aileen | |
| +15756029266 Alyssa Porras | |
| doporto243@yahoo.com Diana Garcia | |

**Status:** Read
6/13/2023 8:29:21 PM(UTC-6)

From: +15756029266 Alyssa Porras
To: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756023136 Aileen
To: doporto243@yahoo.com Diana Garcia (owner)

Nottttt I.. she probably got herself caught up with one of her videos to somebody 👮 😂

Participant Delivered Read Played

| | |
|---|---|
| +15756022370 Diana Garcia | 6/13/2023 8:30:48 PM(UTC-6) |
| +15759643236 Daniel Soto | |
| +15756023136 Aileen | |
| doporto243@yahoo.com Diana Garcia | |

**Status:** Read
6/13/2023 8:30:25 PM(UTC-6)

From: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)

From the looks of the message she's fishing to see which one of the men she sent it to sent it out.

Participant Delivered Read Played

+15756023236 Daniel Soto
+15756023136 Aileen
+15756029266 Alyssa Porras
doporto243@yahoo.com Diana Garcia

Status: Sent
6/13/2023 8:32:20 PM(UTC-6)

From: +15756023136 Aileen
To: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)

She said one of the videos 

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756022370 Diana Garcia | 6/13/2023 8:32:41 PM(UTC-6) | | |
| +15759643236 Daniel Soto | | | |
| +15756029266 Alyssa Porras | | | |
| doporto243@yahoo.com Diana Garcia | | | |

Status: Read
6/13/2023 8:32:41 PM(UTC-6)

From: +15756022370 Diana Garcia (owner)
To: +15759643236 Daniel Soto
To: +15756023136 Aileen
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana Garcia (owner)

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15759643236 Daniel Soto | | | |
| +15756023136 Aileen | | | |
| +15756029266 Alyssa Porras | | | |
| doporto243@yahoo.com Diana Garcia | | | |

Status: Sent

6/13/2023 8:34:18 PM(UTC-6)

From: +15756023136 Aileen
To: +15756022370 Diana Garcia
(owner)
To: +15759643236 Daniel Soto
To: +15756029266 Alyssa Porras
To: doporto243@yahoo.com Diana
Garcia (owner)
Fucken nasty bitch

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15756022370 Diana Garcia | 6/13/2023 8:40:57 PM(UTC-6) | | |
| +15759643236 Daniel Soto | | | |
| +15756029266 Alyssa Porras | | | |
| doporto243@yahoo.com Diana Garcia | | | |

**Status:** Read
6/13/2023 8:35:38 PM(UTC-6)

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | doporto243@yahoo.com<br>Diana Garcia<br>**Status:** Read<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Inbox | | |
| 96 | Native Messages | +15756022370<br>Diana Garcia*<br>(owner) | +15759421579<br>L-24 S. Estrada*<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/6/2023<br>9:22:32<br>AM(UTC-6) | **Direction:**<br>Outgoing<br>**Body:**<br>I don't understand her either. But I'm glad I don't get her because I'm nothing like her. She has no sense of loyalty or integrity at all.<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15759421579 L-24 S. Estrada   6/6/2023<br>   9:22:32<br>   AM(UTC-6)<br><br>doporto243@yahoo.com<br>Diana Garcia<br><br>**Status:** Sent<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Sent | | |
| 97 | Native Messages | +15756022370<br>Diana Garcia*<br>(owner) | +15759421579<br>L-24 S. Estrada*<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/6/2023<br>10:29:14<br>AM(UTC-6) | **Direction:**<br>Outgoing<br>**Body:**<br>Murillo is outside talking on the phone I just saw him. He's in the front, I just saw him. He's pacing back and forth sweating.<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15759421579 L-24 S. Estrada   6/6/2023<br>   10:29:15<br>   AM(UTC-6)<br><br>doporto243@yahoo.com<br>Diana Garcia<br><br>**Status:** Sent<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Sent | | |
| 98 | Native Messages | +15756022370<br>Diana Garcia*<br>(owner) | +15759421579<br>L-24 S. Estrada*<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/6/2023<br>12:27:01<br>PM(UTC-6) | **Direction:**<br>Outgoing<br>**Body:**<br>Call you back. Alyssa is here. I have the video. | | |

TELLO000524

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | **Participants:**<br><br>Participant Delivered Read Played<br><br>+15759421579 L-24 S. Estrada    6/6/2023 12:27:02 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | | |
| 99 | Native Messages | +15759421579 L-24 S. Estrada* | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/6/2023 12:27:11 PM(UTC-6) | **Direction:** Incoming<br>**Body:** No way !!!!!!!<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana Garcia    6/6/2023 12:27:15 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | | |
| 100 | Native Messages | +15756022370 Diana Garcia* (owner) | +15759421579 L-24 S. Estrada* doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/6/2023 12:27:17 PM(UTC-6) | **Direction:** Outgoing<br>**Body:** I swear<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15759421579 L-24 S. Estrada    6/6/2023 12:27:18 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | | |
| 101 | Native Messages | +15756022370 | +15759421579 L-24 S. Estrada* | Timestamp: 6/6/2023 | **Direction:** Outgoing | | |

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|----|----|---------|---------|---|
| | | Diana Garcia* (owner) | doporto243@yahoo.com Diana Garcia* (owner) | 12:27:34 PM(UTC-6) | **Body:** Alyssa is on board with us. I didn't even have to ask her for it. She offered it to me and said do it. **Participants:**<br><br>Participant Delivered Read Played<br><br>+15759421579 L-24 S. Estrada  6/6/2023 12:27:35 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent **Message Type:** iMessage **Folder:** Sent | | |
| 102 | Native Messages | +15759421579 L-24 S. Estrada* | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | **Timestamp:** 6/6/2023 12:27:53 PM(UTC-6) | **Direction:** Incoming **Body:** That's amazing!!!!! **Participants:**<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana Garcia  6/6/2023 12:28:06 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Read **Message Type:** iMessage **Folder:** Inbox | | |
| 103 | Native Messages | +15756022370 Diana Garcia* (owner) | +15759421579 L-24 S. Estrada* doporto243@yahoo.com Diana Garcia* (owner) | **Timestamp:** 6/6/2023 12:28:09 PM(UTC-6) | **Direction:** Outgoing **Body:** Yes ma'am **Participants:**<br><br>Participant Delivered Read Played<br><br>+15759421579 L-24 S. Estrada  6/6/2023 12:28:10 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent **Message Type:** iMessage | | |

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | **Folder:**<br>Sent | | |
| 104 | Native Messages | +15759421579<br>L-24 S. Estrada* | +15756022370<br>Diana Garcia* (owner)<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | **Timestamp:**<br>6/6/2023<br>12:28:12<br>PM(UTC-6) | **Direction:**<br>Incoming<br>**Body:**<br>Wow !! Tell her I said thx a million<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana Garcia   6/6/2023 12:28:13 PM(UTC-6)<br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | | |
| 105 | Native Messages | +15756022370<br>Diana Garcia* (owner) | +15759421579<br>L-24 S. Estrada*<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | **Timestamp:**<br>6/6/2023<br>12:28:15<br>PM(UTC-6) | **Direction:**<br>Outgoing<br>**Body:**<br>Give me a bit and I'll call you.<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15759421579 L-24 S. Estrada   6/6/2023 12:28:15 PM(UTC-6)<br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | | |
| 106 | Native Messages | +15759421579<br>L-24 S. Estrada* | +15756022370<br>Diana Garcia* (owner)<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | **Timestamp:**<br>6/6/2023<br>12:28:20<br>PM(UTC-6) | **Direction:**<br>Incoming<br>**Body:**<br>No rush<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana Garcia   6/6/2023 12:28:20 PM(UTC-6)<br>doporto243@yahoo.com Diana Garcia | | |

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | **Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | | |
| 107 | Native Messages | +15756022370 Diana Garcia* (owner) | +15759421579 L-24 S. Estrada* doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/6/2023 12:28:21 PM(UTC-6) | **Direction:** Outgoing<br>**Body:** I will 🔲🔲<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15759421579 L-24 S. Estrada   6/6/2023 12:28:22 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | | |
| 108 | Native Messages | +15756022370 Diana Garcia* (owner) | +15759421579 L-24 S. Estrada* doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/6/2023 1:35:07 PM(UTC-6) | **Direction:** Outgoing<br>**Body:** Are you awake<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15759421579 L-24 S. Estrada   6/6/2023 1:35:08 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | | |
| 109 | Native Messages | +15759421579 L-24 S. Estrada* | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/6/2023 1:35:14 PM(UTC-6) | **Direction:** Incoming<br>**Body:** I am<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana Garcia   6/6/2023 1:35:19 | | |

TELLO000528

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|---|---|---|---|---|---|---|
| | | | | | **Folder:** Inbox | | |
| 217 | Native Messages | +15759421579 L-24 S. Estrada* | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | **Timestamp:** 6/13/2023 6:52:31 PM(UTC-6) | **Direction:** Incoming **Body:** Gonna send you a text from the burner phone **Participants:** Participant Delivered Read Played +15756022370 Diana Garcia 6/13/2023 6:52:30 PM(UTC-6) doporto243@yahoo.com Diana Garcia **Status:** Read **Message Type:** iMessage **Folder:** Inbox | | |
| 218 | Native Messages | +15756022370 Diana Garcia* (owner) | +15759421579 L-24 S. Estrada* doporto243@yahoo.com Diana Garcia* (owner) | **Timestamp:** 6/13/2023 6:52:38 PM(UTC-6) | **Direction:** Outgoing **Body:** I bet you anything he told Megan that he was going on a work trip. **Participants:** Participant Delivered Read Played +15759421579 L-24 S. Estrada 6/13/2023 6:52:39 PM(UTC-6) doporto243@yahoo.com Diana Garcia **Status:** Sent **Message Type:** iMessage **Folder:** Sent | | |
| 219 | Native Messages | +15759421579 L-24 S. Estrada* | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | **Timestamp:** 6/13/2023 6:52:55 PM(UTC-6) | **Direction:** Incoming **Body:** We're gonna text her **Participants:** Participant Delivered Read Played +15756022370 Diana Garcia 6/13/2023 6:52:54 PM(UTC-6) | | |

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | **Message Type:** iMessage **Folder:** Sent | | |
| 355 | Native Messages | +15759421579 L-24 S. Estrada* | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/15/2023 5:10:57 PM(UTC-6) | **Direction:** Incoming **Body:** So what's going on ? <br><br> Participants: <br><br> Participant Delivered Read Played <br><br> +15756022370 Diana Garcia 6/15/2023 5:10:58 PM(UTC-6) <br><br> doporto243@yahoo.com Diana Garcia <br><br> **Status:** Read **Message Type:** iMessage **Folder:** Inbox | | |
| 356 | Native Messages | +15759421579 L-24 S. Estrada* | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/15/2023 5:11:49 PM(UTC-6) | **Direction:** Incoming **Body:** No way <br><br> Participants: <br><br> Participant Delivered Read Played <br><br> +15756022370 Diana Garcia 6/15/2023 5:11:50 PM(UTC-6) <br><br> doporto243@yahoo.com Diana Garcia <br><br> **Status:** Read **Message Type:** iMessage **Folder:** Inbox | | |
| 357 | Native Messages | +15756022370 Diana Garcia* (owner) | +15759421579 L-24 S. Estrada* doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/15/2023 5:11:50 PM(UTC-6) | **Direction:** Outgoing **Body:** Asking if it was a kid that sent the video. <br><br> Participants: <br><br> Participant Delivered Read Played <br><br> +15759421579 L-24 S. Estrada 6/15/2023 5:11:50 PM(UTC-6) | | |

TELLO000618

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | doporto243@yahoo.com<br>Diana Garcia<br>**Status:** Sent<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Sent | | |
| 358 | Native Messages | +15756022370<br>Diana Garcia*<br>(owner) | +15759421579<br>L-24 S. Estrada*<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/15/2023<br>5:12:05<br>PM(UTC-6) | **Direction:**<br>Outgoing<br>**Body:**<br>He wants whoever sent it to send it to Chan and then get rid of the phone.<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15759421579 L-24 S. Estrada    6/15/2023 5:12:06 PM(UTC-6)<br><br>doporto243@yahoo.com<br>Diana Garcia<br><br>**Status:** Sent<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Sent | | |
| 359 | Native Messages | +15756022370<br>Diana Garcia*<br>(owner) | +15759421579<br>L-24 S. Estrada*<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/15/2023<br>5:12:19<br>PM(UTC-6) | **Direction:**<br>Outgoing<br>**Body:**<br>Don't tell Aileen I'm telling you.<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15759421579 L-24 S. Estrada    6/15/2023 5:12:19 PM(UTC-6)<br><br>doporto243@yahoo.com<br>Diana Garcia<br><br>**Status:** Sent<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Sent | | |
| 360 | Native Messages | +15759421579<br>L-24 S. Estrada* | +15756022370<br>Diana Garcia* (owner)<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/15/2023<br>5:12:30<br>PM(UTC-6) | **Direction:**<br>Incoming<br>**Body:**<br>Why a kid ?<br><br>**Participants:**<br><br>Participant Delivered Read Played | | |

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | +15756022370 Diana Garcia  6/15/2023 5:12:32 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | | |
| 361 | Native Messages | +15756022370 Diana Garcia* (owner) | +15759421579 L-24 S. Estrada* doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/15/2023 5:12:44 PM(UTC-6) | **Direction:** Outgoing<br>**Body:** I think he's trying to see if Aileen will tell him or anyone.<br><br>Participants:<br><br>Participant Delivered Read Played<br><br>+15759421579 L-24 S. Estrada  6/15/2023 5:12:45 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | | |
| 362 | Native Messages | +15759421579 L-24 S. Estrada* | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/15/2023 5:12:51 PM(UTC-6) | **Direction:** Incoming<br>**Body:** Yup<br><br>Participants:<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana Garcia  6/15/2023 5:12:51 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | | |
| 363 | Native Messages | +15756022370 Diana Garcia* (owner) | +15759421579 L-24 S. Estrada* doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/15/2023 5:12:55 PM(UTC-6) | **Direction:** Outgoing<br>**Body:** Like he's questioning if she will spill the beans | | |

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|---------------|---------|---------|---|
| | | | | | **Participants:**<br><br>Participant Delivered Read Played<br><br>+15759421579 L-24 S. Estrada    6/15/2023 5:12:56 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | | |
| 364 | Native Messages | +15759421579 L-24 S. Estrada* | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/15/2023 5:13:05 PM(UTC-6) | **Direction:** Incoming<br>**Body:** SMH<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana Garcia    6/15/2023 5:13:21 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | | |
| 365 | Native Messages | +15759421579 L-24 S. Estrada* | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/15/2023 5:13:19 PM(UTC-6) | **Direction:** Incoming<br>**Body:** Insinuating my kid ?<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana Garcia    6/15/2023 5:13:21 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | | |

TELLO000621

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| 366 | Native Messages | +15756022370 Diana Garcia* (owner) | +15759421579 L-24 S. Estrada* doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/15/2023 5:13:25 PM(UTC-6) | **Direction:** Outgoing **Body:** No  **Participants:**  Participant Delivered Read Played  +15759421579 L-24 S. Estrada    6/15/2023 5:13:25 PM(UTC-6)  doporto243@yahoo.com Diana Garcia  **Status:** Sent **Message Type:** iMessage **Folder:** Sent | | |
| 367 | Native Messages | +15756022370 Diana Garcia* (owner) | +15759421579 L-24 S. Estrada* doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/15/2023 5:13:44 PM(UTC-6) | **Direction:** Outgoing **Body:** I'll call you when she hangs up.  **Participants:**  Participant Delivered Read Played  +15759421579 L-24 S. Estrada    6/15/2023 5:13:45 PM(UTC-6)  doporto243@yahoo.com Diana Garcia  **Status:** Sent **Message Type:** iMessage **Folder:** Sent | | |
| 368 | Native Messages | +15759421579 L-24 S. Estrada* | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/15/2023 5:13:50 PM(UTC-6) | **Direction:** Incoming **Body:** Ok  **Participants:**  Participant Delivered Read Played  +15756022370 Diana Garcia    6/15/2023 5:13:50 PM(UTC-6)  doporto243@yahoo.com Diana Garcia  **Status:** Read | | |

TELLO000622

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | **Message Type:** iMessage **Folder:** Inbox | | |
| 369 | Native Messages | +15756022370 Diana Garcia* (owner) | +15759421579 L-24 S. Estrada* doporto243@yahoo.com Diana Garcia* (owner) | **Timestamp:** 6/15/2023 5:13:51 PM(UTC-6) | **Direction:** Outgoing **Body:** She doesn't want me to tell you so you don't worry <br><br> Participants: <br><br> Participant Delivered Read Played <br><br> +15759421579 L-24 S. Estrada  6/15/2023 5:13:52 PM(UTC-6) <br><br> doporto243@yahoo.com Diana Garcia <br><br> **Status:** Sent **Message Type:** iMessage **Folder:** Sent | | |
| 370 | Native Messages | +15759421579 L-24 S. Estrada* | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | **Timestamp:** 6/15/2023 5:13:59 PM(UTC-6) | **Direction:** Incoming **Body:** Worry ?? <br><br> Participants: <br><br> Participant Delivered Read Played <br><br> +15756022370 Diana Garcia  6/15/2023 5:29:13 PM(UTC-6) <br><br> doporto243@yahoo.com Diana Garcia <br><br> **Status:** Read **Message Type:** iMessage **Folder:** Inbox | | |
| 371 | Native Messages | +15759421579 L-24 S. Estrada* | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | **Timestamp:** 6/15/2023 5:14:04 PM(UTC-6) | **Direction:** Incoming **Body:** About what <br><br> Participants: <br><br> Participant Delivered Read Played <br><br> +15756022370 Diana Garcia  6/15/2023 5:29:13 PM(UTC-6) | | |

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | doporto243@yahoo.com<br>Diana Garcia<br>**Status:** Read<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Inbox | | |
| 408 | Native Messages | +15756022370<br>Diana Garcia*<br>(owner) | +15759421579<br>L-24 S. Estrada*<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/17/2023<br>9:30:07<br>PM(UTC-6) | **Direction:**<br>Outgoing<br>**Body:**<br>They took those pics hours after she was sleeping with Soto<br><br>Participants:<br><br>Participant Delivered Read Played<br><br>+15759421579 L-24 S. Estrada | 6/17/2023<br>9:30:07<br>PM(UTC-6)<br><br>doporto243@yahoo.com<br>Diana Garcia<br><br>**Status:** Sent<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Sent | | |
| 409 | Native Messages | +15759421579<br>L-24 S. Estrada* | +15756022370<br>Diana Garcia* (owner)<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/17/2023<br>9:30:17<br>PM(UTC-6) | **Direction:**<br>Incoming<br>**Body:**<br>I'm gonna turn on the track phone and tell him !! Lmao<br><br>Participants:<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana Garcia | 6/17/2023<br>9:35:45<br>PM(UTC-6)<br><br>doporto243@yahoo.com<br>Diana Garcia<br><br>**Status:** Read<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Inbox | | |
| 410 | Native Messages | +15759421579<br>L-24 S. Estrada* | +15756022370<br>Diana Garcia* (owner)<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/17/2023<br>9:30:23<br>PM(UTC-6) | **Direction:**<br>Incoming<br>**Body:**<br>🤣🤣<br><br>**Participants:** | | |

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | Participant Delivered Read Played | | |
| | | | | | +15756022370 Diana Garcia     6/17/2023 9:35:45 PM(UTC-6) | | |
| | | | | | doporto243@yahoo.com Diana Garcia | | |
| | | | | | **Status:** Read **Message Type:** iMessage **Folder:** Inbox | | |
| 411 | Native Messages | +15759421579 **L-24 S. Estrada*** | +15756022370 **Diana Garcia*** (owner) doporto243@yahoo.com **Diana Garcia*** (owner) | **Timestamp:** 6/17/2023 9:30:47 PM(UTC-6) | **Direction:** Incoming **Body:** I bet he tasted Sotos sperm<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana Garcia     6/17/2023 9:35:45 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Read **Message Type:** iMessage **Folder:** Inbox | | |
| 412 | Native Messages | +15756022370 **Diana Garcia*** (owner) | +15759421579 **L-24 S. Estrada*** doporto243@yahoo.com **Diana Garcia*** (owner) | **Timestamp:** 6/17/2023 9:35:49 PM(UTC-6) | **Direction:** Outgoing **Body:** Without a doubt<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15759421579 L-24 S. Estrada     6/17/2023 9:35:50 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent **Message Type:** iMessage **Folder:** Sent | | |
| 413 | Native Messages | +15756022370 **Diana Garcia*** (owner) | +15759421579 **L-24 S. Estrada*** doporto243@yahoo.com | **Timestamp:** 6/17/2023 | **Direction:** Outgoing | | |

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|----|----|---------|---------|---|
| | | | | | doporto243@yahoo.com<br>Diana Garcia<br>**Status:** Read<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Inbox | | |
| 873 | Native Messages | +15756023136<br>Aileen * | +15756022370<br>Diana Garcia* (owner)<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/5/2023<br>4:48:04<br>PM(UTC-6) | **Direction:**<br>Incoming<br>**Body:**<br>It really pisses me off bro you have no idea now wanting to throw a lot of us in there<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana Garcia    6/5/2023 4:48:06 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Read<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Inbox | | |
| 874 | Native Messages | +15756022370<br>Diana Garcia*<br>(owner) | +15756023136<br>Aileen *<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/5/2023<br>4:48:16<br>PM(UTC-6) | **Direction:**<br>Outgoing<br>**Body:**<br>Doesn't surprise me at all<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756023136 Aileen    6/5/2023 4:48:17 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Sent | | |
| 875 | Native Messages | +15756023136<br>Aileen * | +15756022370<br>Diana Garcia* (owner)<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/5/2023<br>4:51:45<br>PM(UTC-6) | **Direction:**<br>Incoming<br>**Body:**<br>Not me either but what pisses me off is that Murillo is saying that<br><br>**Participants:** | | |

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | Participant Delivered Read Played<br><br>+15756022370 Diana Garcia    6/5/2023 4:52:51 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | | |
| 876 | Native Messages | +15756022370 Diana Garcia* (owner) | +15756023136 Aileen * doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/5/2023 4:53:06 PM(UTC-6) | **Direction:** Outgoing<br>**Body:** Same dude he's doing it on purpose bro. Acuérdate de mi. It's a trap. I promise.<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756023136 Aileen    6/5/2023 4:53:07 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | | |
| 877 | Native Messages | +15756022370 Diana Garcia* (owner) | +15756023136 Aileen * doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/6/2023 8:45:11 AM(UTC-6) | **Direction:** Outgoing<br>**Body:** I've been talking to Soto outside for the past 25 min.<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756023136 Aileen    6/6/2023 8:45:12 AM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | | |

TELLO000807

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|---|---|---|---|---|---|---|
| 878 | Native Messages | +15756022370 Diana Garcia* (owner) | +15756023136 Aileen * doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/6/2023 8:45:15 AM(UTC-6) | **Direction:** Outgoing **Body:** Questioned "Bro " <br><br>**Participants:** <br><br>Participant Delivered Read Played <br><br>+15756023136 Aileen    6/6/2023 8:45:16 AM(UTC-6) <br><br>doporto243@yahoo.com Diana Garcia <br><br>**Status:** Sent **Message Type:** iMessage **Folder:** Sent | | |
| 879 | Native Messages | +15756023136 Aileen * | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/6/2023 8:45:29 AM(UTC-6) | **Direction:** Incoming **Body:** Yess queen <br><br>**Participants:** <br><br>Participant Delivered Read Played <br><br>+15756022370 Diana Garcia    6/6/2023 9:08:16 AM(UTC-6) <br><br>doporto243@yahoo.com Diana Garcia <br><br>**Status:** Read **Message Type:** iMessage **Folder:** Inbox | | |
| 880 | Native Messages | +15756022370 Diana Garcia* (owner) | +15756023136 Aileen * doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/6/2023 9:08:47 AM(UTC-6) | **Direction:** Outgoing **Body:** I asked him to give me all the dirt on Karina. I saw like 30+ pics and screenshots of sex talk. <br><br>**Participants:** <br><br>Participant Delivered Read Played <br><br>+15756023136 Aileen    6/6/2023 9:08:48 AM(UTC-6) <br><br>doporto243@yahoo.com Diana Garcia <br><br>**Status:** Sent | | |

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | **Message Type:**<br>iMessage<br>**Folder:**<br>Inbox | | |
| 953 | Native Messages | +15756022370<br>Diana Garcia*<br>(owner) | +15756023136<br>Aileen *<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/7/2023<br>5:23:07<br>PM(UTC-6) | **Direction:**<br>Outgoing<br>**Body:**<br>No?<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756023136 Aileen      6/7/2023<br>5:23:08<br>PM(UTC-6)<br><br>doporto243@yahoo.com<br>Diana Garcia<br><br>**Status:** Sent<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Sent | | |
| 954 | Native Messages | +15756022370<br>Diana Garcia*<br>(owner) | +15756023136<br>Aileen *<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/7/2023<br>5:25:27<br>PM(UTC-6) | **Direction:**<br>Outgoing<br>**Body:**<br>You're right<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756023136 Aileen      6/7/2023<br>5:25:27<br>PM(UTC-6)<br><br>doporto243@yahoo.com<br>Diana Garcia<br><br>**Status:** Sent<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Sent | | |
| 955 | Native Messages | +15756022370<br>Diana Garcia*<br>(owner) | +15756023136<br>Aileen *<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/7/2023<br>5:25:32<br>PM(UTC-6) | **Direction:**<br>Outgoing<br>**Body:**<br>Not even with a track phone?<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756023136 Aileen      6/7/2023<br>5:25:33<br>PM(UTC-6) | | |

TELLO000835

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | doporto243@yahoo.com<br>Diana Garcia<br><br>**Status:** Sent<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Sent | | |
| 1058 | Native Messages | +15756023136<br>Aileen * | +15756022370<br>Diana Garcia* (owner)<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/13/2023<br>4:53:31<br>PM(UTC-6) | **Direction:**<br>Incoming<br>**Body:**<br>I am still tripping out on the fact that they didn't get the damn video bro<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana<br>Garcia          6/13/2023<br>          4:53:43<br>          PM(UTC-6)<br><br>doporto243@yahoo.com<br>Diana Garcia<br><br>**Status:** Read<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Inbox | | |
| 1059 | Native Messages | +15756023136<br>Aileen * | +15756022370<br>Diana Garcia* (owner)<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/13/2023<br>4:53:36<br>PM(UTC-6) | **Direction:**<br>Incoming<br>**Body:**<br>Like wtf happened<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana<br>Garcia          6/13/2023<br>          4:53:43<br>          PM(UTC-6)<br><br>doporto243@yahoo.com<br>Diana Garcia<br><br>**Status:** Read<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Inbox | | |
| 1060 | Native Messages | +15756022370<br>Diana Garcia*<br>(owner) | +15756023136<br>Aileen *<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>6/13/2023<br>4:53:49<br>PM(UTC-6) | **Direction:**<br>Outgoing<br>**Body:**<br>Me too bro 💯<br><br>**Participants:** | | |

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | Participant Delivered Read Played<br><br>+15756023136 Aileen    6/13/2023 4:53:50 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | | |
| 1061 | Native Messages | +15756023136 Aileen * | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/13/2023 4:54:33 PM(UTC-6) | **Direction:** Incoming<br>**Body:** Is that a sign that we shouldn't do this or what😣 😣😣<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana Garcia    6/13/2023 4:57:26 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | | |
| 1062 | Native Messages | +15756022370 Diana Garcia* (owner) | +15756023136 Aileen * doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/13/2023 4:57:30 PM(UTC-6) | **Direction:** Outgoing<br>**Body:** Could be<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756023136 Aileen    6/13/2023 4:57:31 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | | |
| 1063 | Native Messages | +15756022370 | +15756023136 Aileen * | Timestamp: 6/13/2023 | **Direction:** Outgoing | | |

TELLO000874

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | Diana Garcia* (owner) | doporto243@yahoo.com Diana Garcia* (owner) | 4:57:41 PM(UTC-6) | **Body:** 😢<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756023136 Aileen  6/13/2023 4:57:41 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent<br>**Message Type:** iMessage<br>**Folder:** Sent | | |
| 1064 | Native Messages | +15756023136 Aileen * | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/13/2023 6:37:58 PM(UTC-6) | **Direction:** Incoming<br>**Body:** Where you at women<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana Garcia  6/13/2023 6:39:33 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Read<br>**Message Type:** iMessage<br>**Folder:** Inbox | | |
| 1065 | Native Messages | +15756023136 Aileen * | +15756022370 Diana Garcia* (owner) doporto243@yahoo.com Diana Garcia* (owner) | Timestamp: 6/13/2023 6:52:42 PM(UTC-6) | **Direction:** Incoming<br>**Body:** Shimer asked when he was coming back. I said I don't know. Budrow said apparently he's out of town getting checked out, and left his unit at his house to keep cameras on it<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756022370 Diana Garcia  6/13/2023 6:52:43 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Read | | |

TELLO000875

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | **Message Type:** iMessage **Folder:** Inbox | | |
| 1066 | Native Messages | +15756022370 Diana Garcia* (owner) | +15756023136 Aileen * doporto243@yahoo.com Diana Garcia* (owner) | **Timestamp:** 6/13/2023 7:02:44 PM(UTC-6) | **Direction:** Outgoing **Body:** Tell Sonia what to text Megan<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756023136 Aileen        6/13/2023 7:02:44 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Status:** Sent **Message Type:** iMessage **Folder:** Sent | | |
| 1067 | Native Messages | +15756022370 Diana Garcia* (owner) | +15756023136 Aileen * doporto243@yahoo.com Diana Garcia* (owner) | **Timestamp:** 6/13/2023 7:18:38 PM(UTC-6) | **Direction:** Outgoing<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756023136 Aileen        6/13/2023 7:18:40 PM(UTC-6)<br><br>doporto243@yahoo.com Diana Garcia<br><br>**Attachments:**<br><br>70839828847__144D741D-DA51-4AC3-A3FC-0F7C11D7B237.heic ~/Library/SMS/Attachments/eb/11/B0879DBF-0B33-4B8C-97CF-64D53856E2FE/70839828847__144D741D-DA51-4AC3-A3FC-0F7C11D7B237.heic<br><br>**Status:** Sent **Message Type:** iMessage **Folder:** Sent | | |
| 1068 | Native Messages | +15756022370 Diana Garcia* (owner) | +15756023136 Aileen * doporto243@yahoo.com Diana Garcia* (owner) | **Timestamp:** 6/13/2023 7:20:03 PM(UTC-6) | **Direction:** Outgoing **Body:** To Andy and the 2nd one to Megan | | |

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|---|---|---|---|---|---|---|
| | | | | | **Folder:** Inbox | | |
| 1181 | Native Messages | +15756022370 Diana Garcia* (owner) | +15756023136 Aileen * doporto243@yahoo.com Diana Garcia* (owner) | **Timestamp:** 7/31/2023 9:42:08 AM(UTC-6) | **Direction:** Outgoing **Body:** Sonia is and I told her no **Participants:** Participant Delivered Read Played +15756023136 Aileen 7/31/2023 9:42:09 AM(UTC-6) doporto243@yahoo.com Diana Garcia **Status:** Sent **Message Type:** iMessage **Folder:** Sent | | |
| 1182 | Native Messages | +15756022370 Diana Garcia* (owner) | +15756023136 Aileen * doporto243@yahoo.com Diana Garcia* (owner) | **Timestamp:** 7/31/2023 9:42:20 AM(UTC-6) | **Direction:** Outgoing **Body:** It's called a track phone for a reason it cannot be tracked **Participants:** Participant Delivered Read Played +15756023136 Aileen 7/31/2023 9:42:21 AM(UTC-6) doporto243@yahoo.com Diana Garcia **Status:** Sent **Message Type:** iMessage **Folder:** Sent | | |
| 1183 | Native Messages | +15756022370 Diana Garcia* (owner) | +15756023136 Aileen * doporto243@yahoo.com Diana Garcia* (owner) | **Timestamp:** 7/31/2023 9:42:25 AM(UTC-6) | **Direction:** Outgoing **Body:** She's super worried **Participants:** Participant Delivered Read Played +15756023136 Aileen 7/31/2023 9:42:26 AM(UTC-6) | | |

TELLO000918

| # | Source | From | To | All timestamps | Content | Deleted | * |
|---|--------|------|-----|----------------|---------|---------|---|
| | | | | | doporto243@yahoo.com<br>Diana Garcia<br><br>**Status:** Sent<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Sent | | |
| 1184 | Native Messages | +15756022370<br>Diana Garcia*<br>(owner) | +15756023136<br>Aileen *<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>7/31/2023<br>9:42:28<br>AM(UTC-6) | **Direction:**<br>Outgoing<br>**Body:**<br>I told her not to be<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756023136 Aileen     7/31/2023<br>                                        9:42:28<br>                                        AM(UTC-6)<br><br>doporto243@yahoo.com<br>Diana Garcia<br><br>**Status:** Sent<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Sent | | |
| 1185 | Native Messages | +15756022370<br>Diana Garcia*<br>(owner) | +15756023136<br>Aileen *<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>9/7/2023<br>3:29:06<br>PM(UTC-6) | **Direction:**<br>Outgoing<br>**Body:**<br>I did<br><br>**Participants:**<br><br>Participant Delivered Read Played<br><br>+15756023136 Aileen     9/7/2023<br>                                        3:29:07<br>                                        PM(UTC-6)<br><br>doporto243@yahoo.com<br>Diana Garcia<br><br>**Status:** Sent<br>**Message Type:**<br>iMessage<br>**Folder:**<br>Sent | | |
| 1186 | Native Messages | +15756022370<br>Diana Garcia*<br>(owner) | +15756023136<br>Aileen *<br>doporto243@yahoo.com<br>Diana Garcia* (owner) | Timestamp:<br>9/7/2023<br>3:30:15<br>PM(UTC-6) | **Direction:**<br>Outgoing<br>**Body:**<br>I already told her what to say I also told her that<br>she needed to show them the video and tell them<br>everything about the affairs all of them and the<br>reason she has the video was because she was<br>afraid she would do exactly this and fuck over<br>Soto. | | |

# EXHIBIT 2

**STATE OF NEW MEXICO**
**COUNTY OF LEA**
**FIFTH JUDICIAL DISTRICT**

**VICTOR MURILLO**

      **Plaintiff,**

**v.**                                       **No. D-506-CV-2024-00477**

**LEA COUNTY BOARD OF**
**COUNTY COMMISSIONERS**

      **Defendant.**

**<u>DECLARATION OF VICTOR MURILLO IN SUPPORT OF PLAINTIFF'S</u>**
**<u>OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

My name is Victor Murillo. I am over the age of 18 and the plaintiff in this matter. If called upon to testify, I could and would competently do so as follows:

1.      At all relevant times (and currently), I have been employed as a Deputy at the Lea County Sheriff's Office ("LCSO").

2.      In mid-June 2023, an anonymous TracFone began sending a sexually explicit video of one of my coworkers, Deputy Karina Tello ("Tello"), to various LCSO officials and members of their family.

3.      The TracFone also sent text messages to my wife, Megan Murillo, accusing me of infidelity.

4.      Throughout the following month, it appeared to me that LCSO was largely uninterested in identifying the person(s) responsible for the video's dissemination.

5.      In July of 2023, Tello was fired from LCSO. One of the listed reasons for her termination was that she had made the video.

6.      I believed it was unfair and discriminatory to punish Tello for making the video.

7.      I expressed my disapproval of LCSO's decision to fire Tello to multiple LCSO employees.

8.      Over time, it became common knowledge at LCSO that I believed LCSO had acted improperly and unlawfully in its treatment of Tello.

9.      Given LCSO's failure to investigate the video's dissemination, I decided to make efforts to determine who was responsible.

10.     Tello told me that she suspected one of her ex-romantic partners, Daniel Soto, ("Soto") was involved, as she had sent him the video while they were dating.

11.     To ingratiate myself to Soto, earn his trust, and hopefully get him to reveal who was responsible, I sent him a series of text messages portraying myself (falsely) as one of Tello's jilted lovers.

12.     The truth then (and now) was Tello and I had never had a sexual relationship. Although we exchanged some flirtatious text messages in mid-2023, we have never been more than friends.

13.     To provide support for my false claim of an affair with Tello, I fabricated a series of sexually explicit text messages with Tello and sent them to Soto. I also fabricated a series of text messages with Andy Dominguez, who was Tello's fiancé or husband. I screenshotted the fabricated text chains and then texted the screenshots to Soto.

14.     I used an identical process to create both text chains. Specifically, I texted myself, then changed the contact for my number to either "Karina Tello" or "Andy Dominguez" and then deleted the duplicate text messages that are created when you text yourself. I then screenshotted the threads.

15.     Using deception to trick suspects into providing inculpatory information is a common tactic among police officers and detectives. I have received specific training in the practice during my time at LCSO.

16.     In early 2024, it was revealed that the New Mexico State Police were going to file charges against Aileen Vizcarra ("Vizcarra"), Diana Jurado ("Jurado"), and Sonia Estrada ("Estrada"), all of whom were LCSO employees, under New Mexico's revenge pornography law. A fourth person, Alyssa Porras ("Porras"), was also charged.

2

17.    I understand that the New Mexico State Police determined that Soto had given the video to Porras, who in turn gave it to Vizcarra, Jurado, and Estrada, who then disseminated it using the TracFone.

18.    Shortly after charges were brought, I was notified that I was being removed from the SWAT team, as well as the DARE program, the Discovery program, and all other duties beyond those of a patrol deputy. Removal from these activities has negatively impacted my advancement potential at LCSO, and my law enforcement career generally.

19.    The only explanation I was given for the above adverse action was contained in a letter I received on March 15, 2024, asserting—without specifics—that I was "not fulling all of the obligations" I had committed to. The letter stated I was being removed from my additional duties "effective immediately," yet the letter was dated February 16, 2024, almost a month prior to me being notified.

20.    Per LCSO policy, there are only two ways to remove members of the SWAT team: (1) a no-confidence vote by the other members of the team; or (2) direct order of the sheriff. My removal was not the result of a no-confidence vote (as none occurred), and Sheriff Helton later told me he had not decided to remove me from the SWAT team.

21.    In late March 2024, I sat for an interview with KOAT in which I criticized the double standards that exist for women in law enforcement. In the days after the interview aired, Sheriff Helton dressed me down during a morning briefing, and in a separate meeting told me he missed the "old Murillo."

I state under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and recollection.

9/11/2025

By: _____
Victor Murillo

3

# EXHIBIT 3

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KARINA TELLO,                    )
                                 )
        Plaintiff,               )
                                 )   2:24-cv-00390-KG-GJF
vs.                              )
                                 )
LEA COUNTY BOARD OF COUNTY       )
COMMISSIONERS, COREY HELTON,     )
MICHAEL WALKER, FERNANDO         )
JIMENEZ, SEAN ROACH, SONIA       )
ESTRADA, DIANA JURADO-GARCIA,    )
AILEEN VIZCARRA, ALYSSA          )
PORRAS, DOE DEFENDANTS 1-50,     )
                                 )
        Defendants.              )

VIDEOTAPED ORAL DEPOSITION OF

KARINA TELLO

MAY 13, 2025

VIDEOTAPED ORAL DEPOSITION OF KARINA TELLO,
produced as a witness at the instance of the Lea County
Defendants, and duly sworn, was taken in the above-styled
and numbered cause on May 13, 2025, from 9:27 a.m. to
12:37 p.m., Mountain Standard Time, by Susan Myatt,
Certified Court Reporter for the States of Texas and New
Mexico and Registered Professional Reporter, reported by
computerized stenotype machine at CORE, 4827 N. Lovington
Highway, Hobbs, New Mexico, pursuant to the Federal Rules
of Civil Procedure and the provisions stated on the record
or attached hereto.

**Page 2**

APPEARANCES

FOR PLAINTIFF:

    MR. BENJAMIN GUBERNICK
    MR. CURTIS WALDO
    WALDO GUBERNICK LAW ADVOCATES, LLP
    717 Texas St., Suite 1200
    Houston, TX 77002
    ben@wglawllp.com
    curtis@wglawllp.com

FOR LEA COUNTY DEFENDANTS:

    MS. SARA E. WOODS
    MYNATT SPRINGER, P.C.
    P. O. Box 2699
    Las Cruces, NM 88004-2699
    (575) 524-8812
    sew@mynattspringer.com

FOR DEFENDANTS ESTRADA, JURADO-GARCIA, AND VIZCARRA:

    MS. CODY R. ROGERS
    SERPE ANDREWS
    2540 El Paseo Road, Suite D
    Las Cruces, NM 88001
    crogers@serpeandrews.com

FOR DEFENDANT PORRAS:

    MR. MICHAEL NEWELL
    NEWELL LAW FIRM, LLC
    10 W. Adams Avenue, Suite E
    Lovington, NM 88260
    (575) 739-6395
    mnewell@newelllawnm.com

Also Appearing:  Stephen Stone, Videographer
                 Jim Bob Hardy

**Page 3**

I N D E X

                                                      PAGE

Appearances                                             2

WITNESS:  KARINA TELLO

        Examination by Ms. Woods                        4

        Examination by Ms. Rogers                       50

        Further Examination by Mr. Newell               96

Deposition Concluded                                    131

Changes and Signature Page                              132

Reporter's Certification                                134

**Page 4**

1    (Time is 9:27 a.m.)
2        KARINA TELLO,
3  having been first duly sworn by the court reporter,
4  testified on Examination by Ms. Woods, as follows:
5    Q    Ms. Tello, I'm going to start your deposition
6  today.  My name is Sara Woods.  I represent the county
7  officials in your lawsuit.
8        MR. GUBERNICK:  Sara, before we get
9  started, I'd just ask:  Jim Bob Hardy is at the table
10 here.  He represented to me that he was designated as the
11 County's representative for this deposition.  Is that your
12 understanding?
13       MS. WOODS:  Yes, it is.
14       MR. GUBERNICK:  Is that right, Jim Bob?
15       MR. HARDY:  I've been hired by the County.
16       MR. GUBERNICK:  Okay.  So you've been
17 designated to represent the County at this deposition?
18       MR. HARDY:  Sure.
19       MR. GUBERNICK:  Okay.  Let's go.  That's
20 fine.
21    Q    (By Ms. Woods:)  So I represent the County
22 Defendants in this lawsuit.  Ms. Cody Rogers represents
23 the three women who are named individually, and she'll
24 have some questions for you later, but I'll get the ball
25 rolling.

37

1    A    Do I remember anyone specific; is that what
2    you're saying?
3    Q    (By Ms. Woods:)  Yes, ma'am.
4    A    The only person that I can remember actually
5    speaking to about it was the corporal, which was
6    Hernandez, Corporal Hernandez.  And when I asked him about
7    what was going on -- this was actually the same night that
8    I filed the complaints.
9         And I also expressed to him that I wanted
10   to just have a sitdown and just kind of clarify
11   everything, so it would stop.  I -- He gave me some
12   reasons behind why Estrada was making her assumptions and
13   accusations.
14   Q    Do you recall what those reasons were?
15   A    Murillo had joined our shift for breakfast for
16   one of the times, and this was after a night shift, which
17   it was me and everyone else that was on that shift.
18        And I can't remember what else he brought
19   up, but -- sorry.  That's the only one that I can actually
20   remember us talking about.
21   Q    Oh, okay.
22   A    He said that he found it unusual.  And I said,
23   "Well, he texted me to see what we were doing, because he
24   saw all of our units outside of IHOP and asked if he could
25   join us."  So I said, "Yes."  He worked with us, so I

38

1    didn't find that it was unusual at the time.
2    Q    Did you and Mr. Murillo work out together?
3    A    We did.
4    Q    Did you spend time together off duty?
5         MR. GUBERNICK:  Object to form.
6    A    No.
7    Q    (By Ms. Woods:)  Did you and Mr. Murillo work
8    the same shift?
9    A    No.
10   Q    And you -- Did you testify that he was actually
11   on administrative duties during this time period?
12        MR. GUBERNICK:  Object to form.
13   A    I don't know what he was doing.  He wasn't on
14   patrol.  He was working in the office.
15   Q    (By Ms. Woods:)  And he was working in the
16   Lovington office?
17   A    Yes.
18   Q    So, when you meet with Roach, June 15th of
19   2023, is that the first time you're told about the video
20   that is the subject of the lawsuit?
21        MR. GUBERNICK:  Object to form.
22   A    No.  I had known about the video.  I hadn't
23   actually seen it, though.
24   Q    (By Ms. Woods:)  How had you known about the
25   video prior to June 15th?

39

1         MR. GUBERNICK:  Object to form.
2    A    I'm trying to remember where I first -- I think
3    it was Andy that actually -- my fiance, he was the one
4    that actually sent me a screenshot and said that something
5    had been sent to him, which is why I hadn't actually seen
6    the video.  He let me know what was going on.
7         And when I met with Roach, that's when he
8    showed me a couple of seconds of it, and that's where I
9    actually saw a part of it.
10   Q    (By Ms. Woods:)  Do you know how Roach got a
11   copy of the video?
12        MR. GUBERNICK:  Object to form.
13   A    He told me that an unknown number had sent it to
14   him, and that it had been sent to multiple people at the
15   office, multiple chiefs, and I can't remember who all he
16   named, but he did name -- he did name a few people.
17   Q    (By Ms. Woods:)  When you were meeting with
18   Roach on June 15th, and this video has come up, does
19   Roach express concern about how the video could impact
20   the Lea County Sheriff's Office?
21        MR. GUBERNICK:  Object to form.
22   A    He didn't.  I actually asked him, "How is this
23   relevant to the complaint that I filed on Sonia?
24   Obviously, this is something that happened -- you know, I
25   wasn't working when it was -- you know, it wasn't

40

1    something that I had done while I was working," in other
2    words.
3         He said that -- His response to me was that
4    I have to be aware of what I'm doing, whether I'm on or
5    off duty.
6    Q    (By Ms. Woods:)  Did you meet with Roach again
7    after June 15th, 2023?
8         MR. GUBERNICK:  Object to form.
9    A    I don't remember.  I don't believe I did.  I
10   think that was the only actual sitdown we had.
11   Q    (By Ms. Woods:)  When you met with Roach on
12   June 15th, did he tell you that Sergeant Estrada had
13   filed a written complaint as well?
14   A    I can't remember.  I knew that there was a
15   complaint.  I don't remember when he told me.  I -- It
16   could have even been the same night that I filed mine.  I
17   don't remember.
18   Q    What is your understanding of why you were
19   terminated?
20        MR. GUBERNICK:  Object to form.
21   A    My understanding?
22   Q    (By Ms. Woods:)  Yes, ma'am.
23   A    I -- My understanding is:  I made some people
24   mad, and they came up with an excuse to terminate me
25   since I filed complaints against this group of friends

Transcript of Karina Tello
Conducted on May 13, 2025

---

41

1  that I thought, up until the day that I was fired, they
2  were still — I thought they were my friends as well.
3      Q    And who are these people that you thought were
4  your friends?
5      A    Dinae, for one.  She was still sending me
6  friendly messages until that day, saying that she was
7  going to pray for me.
8          I thought Alyssa was still — I mean,
9  Alyssa wasn't really as much of a friend as Dinae was, but
10  we — At one point, you know, she was a part of my baby
11  shower.  We were close at one point, maybe not so much
12  towards the end there.
13          Aileen and I were very close — very, very
14  close, actually, for a couple of years before, when she
15  and Dinae became friends again.  They had actually had a
16  short timeframe when they weren't friends.  When they
17  became friends again, I kind of felt like she distanced
18  herself a lot from me, so —
19          I mean, Sonia and I actually were even
20  friends at one point before I left the first time.  We
21  worked in the Court Division together, and she also helped
22  with my baby shower, and she had given me a gift.  And she
23  gave me an Easter gift.  She was — She was pretty
24  involved with my life before I left the first time.
25      Q    And you said that you think you made them mad.

42

1  What makes you think that?
2          MR. GUBERNICK:  Object to form.
3      A    I filed a complaint against Sonia.  And they
4  were, at the time, a lot closer than they were to me.  So
5  they were really a close group of friends.
6          They were all very close to Michael Walker.
7  They've all worked together in the past.  So I felt like I
8  filed a complaint, they didn't like it, and they didn't
9  want someone there that was going to not get along with
10  them.
11      Q    At the time that you were terminated in July of
12  2023, were you a probationary employee?
13      A    I can't remember the timeframe.  I don't
14  remember if it was six years or -- six months or a year.
15  I can't remember.
16      Q    Do you remember -- And I think you've already
17  testified to this, but we'll just clarify.
18          When you started back with the Lea County
19  Sheriff's Office in February of 2023, did you receive a
20  copy of their policies and procedures and any employee
21  manuals?
22          MR. GUBERNICK:  Object to form.
23      A    There's a copy embedded in our computers, and,
24  actually, I don't have a physical copy of that, if that's
25  what you're asking.

43

1      Q    (By Ms. Woods:)  In your complaint, you've
2  alleged that these women disliked you because a friend of
3  theirs had recently lost his job after they reported him
4  for sexual harassment.
5          Do you know who that friend is?
6      A    Oh, yes.  Casey Arcidez.
7      Q    And who did you report him to for sexual
8  harassment?
9      A    The City of Eunice.
10      Q    Was he an employee there?
11      A    He was the Chief of Police there.  Yes.
12      Q    The video that's the subject of this lawsuit,
13  do you recall when it was actually made, when it was
14  originally recorded?
15          MR. GUBERNICK:  Object to form.
16      A    I think it was some time in 2021, 2022.  I can't
17  remember.
18      Q    (By Ms. Woods:)  Did you record it for anyone
19  specific?
20      A    Yes.
21          MR. GUBERNICK:  Object to form.
22      Q    (By Ms. Woods:)  And who was that?
23      A    It was Daniel Soto.
24      Q    Did you send the video that's the subject of
25  this lawsuit to Mr. Soto?

44

1      A    Yes.
2      Q    Did you send it to anyone else?
3      A    No.
4      Q    Are you aware if Mr. Soto provided that video
5  to anyone?
6          MR. GUBERNICK:  Object to form.
7      A    To my understanding, he provided it to Alyssa,
8  and they planned to put it out there.
9      Q    (By Ms. Woods:)  Well, why do you think
10  Mr. Soto would have done that?
11          MR. GUBERNICK:  Object to form.
12      A    Soto and I had a very brief relationship.  When
13  I decided to fix things with Andy, we — you know, I kind
14  of stopped — we kind of stopped our relationship
15  altogether.
16          We were still friends, to my understanding.
17  I thought I was — I mean, I've seen him on a few calls in
18  Lovington, where he was working and I went to assist.  He
19  was still nice.  We still spoke.
20          But, then, I later found out through, you
21  know, just mutual people that he was hurt, because I was
22  engaged to Andy, to my fiance now.  So, I mean, to my
23  understanding, he just, I guess, was heart-broken.  I
24  don't know.
25      Q    (By Ms. Woods:)  In your complaint, you allege

73

1  did have a relationship.
2     Q   Okay.  Was it a sexual relationship?
3     A   No.
4     Q   Tell me what it was.
5     A   It was a lot of texting, and it was -- Yeah, it
6  was sexual text messages, but that was pretty much it.
7     Q   Okay.  No physical intimacy?
8     A   No.
9     Q   When did that relationship begin?
10          MR. GUBERNICK:  Object to form.
11     A   I don't remember.  Sometime after all of this
12  was going on.  It's silly to say, but it actually like
13  brought us closer together.  We were friends when it
14  started.
15          But, as everything was going on, we were
16  talking almost every day about everything going on.
17     Q   Okay.  So did it start -- Let me just try to
18  get a timeline.
19          Was it after you were terminated from the
20  Sheriff's Office?
21          MR. GUBERNICK:  Object to form.
22     A   I don't remember.
23     Q   (By Ms. Rogers:)  Okay.  And you said you guys
24  were friends before.
25          At some point, did the nature of your

74

1  relationship change from friendship to something more?
2          MR. GUBERNICK:  Object to form.
3     A   Yeah.  It eventually evolved to us getting
4  closer.
5     Q   (By Ms. Rogers:)  But it never turned into a
6  sexual relationship; is that your testimony?
7     A   Yes.
8     Q   So backing up to that June 13th text message
9  that Andy received, did he call you, did he send you a
10  message to let you know that he had received that text
11  message?
12          MR. GUBERNICK:  Object to form.
13     A   I don't remember.  I think it was both.  We
14  talked a lot that day.
15     Q   (By Ms. Rogers:)  And what was your reaction to
16  that?
17          MR. GUBERNICK:  Object to form.
18     A   I was upset about it.
19     Q   (By Ms. Rogers:)  Now, about 15 minutes after
20  that text message that Andy received, you texted Daniel
21  Soto to ask him if he had sent out any of the videos that
22  you had sent him, correct?
23     A   Yes.
24     Q   So was it already in your mind that -- a
25  question about what video this was?

75

1          MR. GUBERNICK:  Object to form.
2     A   I wasn't sure what video it was.  Like I said,
3  it was -- I didn't actually see it until much later.  So,
4  at the time, I was just trying to go through all the
5  possibilities, and Soto was the more reasonable person
6  that I had a relationship with within the few -- those few
7  years, I guess.
8     Q   Okay.  How -- What was roughly the timeframe of
9  your relationship with Soto?
10          MR. GUBERNICK:  Object to form.
11     A   Most of our relationship was texting each other.
12  We were intimate like twice.  It was pretty brief.  It was
13  more texting than anything.
14     Q   (By Ms. Rogers:)  Okay.  And if you made the
15  video in October of 2022, what do you think the timeframe
16  there was?
17          MR. GUBERNICK:  Object to form.
18     A   I don't remember.  Like I said, it was a lot of
19  texting.  I mean, we would stop texting each other and
20  then start texting each other again, so it --
21     Q   (By Ms. Rogers:)  Okay.  And I think you've
22  said you're not sure when the relationship with Murillo
23  started.  Do you know when it ended?
24          MR. GUBERNICK:  Object to form.
25     A   I don't know.  I mean, we're still friends even

76

1  now.  It's not -- We're not flirtatious like we were.
2     Q   (By Ms. Rogers:)  So back to just a friendship?
3     A   Yes.
4     Q   And were you still in a relationship with
5  Mr. Dominguez during this period of time?
6          MR. GUBERNICK:  Object to form.
7     A   During which period of time?
8     Q   (By Ms. Rogers:)  2022 to whenever your
9  relationship with Mr. Murillo ended.
10          MR. GUBERNICK:  Object to form.
11     A   Andy and I were in a relationship.  I mean, we
12  did discuss separation quite a few times actually.  We --
13  Unfortunately, after having my son and having lost my dad
14  and the transition to nursing school and then back to law
15  enforcement, it really did a lot to both of us.
16          And Andy had actually developed a -- he
17  developed an alcohol problem, which it was a pretty
18  negative time for the both of us.  And, yeah, we -- I
19  can't say that we were -- that's why I say on and off.
20     Q   (By Ms. Rogers:)  Sure.
21     A   Because there were several times that we would
22  say, you know, we needed to separate.  We would stick to
23  that for a few weeks and then try to make it work again.
24          It was -- It was a very complicated time
25  for us.  The last two years were very complicated for us.

# EXHIBIT 4

**Corey Helton**
**Sheriff**

**Michael Walker**
**Undersheriff**

# Lea County Sheriff's Office



July 17, 2023

TO:     **Sheriff Corey Helton**

FR:     **Undersheriff Michael Walker**

RE:     **Discipline Recommendation – 23AI-004 – Deputy Victor Murillo, Deputy Karina Tello, and Sergeant Sonia Estrada**

**Synopsis:**
On June 1, 2023, Captain Sean Roach received complaints from Deputy Karina Tello, Deputy Victor Murillo, and Sergeant Sonia Estrada over an incident that occurred at Chaparral Park on May 31, 2023.  Roach advised me of the basis for each complaint.  Due to there being multiple issues being raised, I assigned the investigation to Roach.

The complaints made by Murillo and Tello against Estrada alleged discrimination and bullying.  The investigation showed these allegations to be unfounded.

The complaint made by Estrada against Tello alleged insubordination and code of ethics and general conduct violations.  These were sustained.

**Sheriff's Office Policy Violated:**
1. **ADM 1-02-2 Deputy Sheriff Code of Ethics and General Conduct.**
   G. I SHALL PRACTICE sound judgments and decisions in fulfilling the assigned responsibilities, duties, and functions of my position as Deputy Sheriff

www.leacountysheriff.com
1417 South Commercial • Lovington, NM • (575) 396-3611
3720 West College Lane • Hobbs, NM • (575) 397-9600

*In God We Trust*

File no. 1273-004

000171

**2. ADM 1-04-1 INSUBORDINATION**

    A.  Insubordination consists of any employee who:

        1.     Deliberately refuses any lawful order given by a superior without justifiable cause.

**3. ADM 1-02-2 Deputy Sheriff Code of Ethics and General Conduct.**

    E.  I SHALL ADHERE, at all times, to the standards and principles of honesty and integrity, and I shall keep my private life unsullied as an example to all

**Foundation for Disciplinary Recommendation:**

Deputy Tello has been employed with the Sheriff's Office since February 13, 2023.

Policy #1 – Tello did not exercise sound judgment after not adhering to orders from two supervisors for her to return to Hobbs once completed with a call for service in Lovington. Even after being called over the radio and in person to Hobbs, eating at the park in Lovington instead of immediately getting back to the Hobbs area shows a lack of dedication to her career and supervisors.

Policy #2 – Tello failed to follow two lawful orders by supervisors to return to Hobbs after completing a call in Lovington. Tello disregarded another order by checking out at the Corral Arena without a backing unit after having been instructed during shift briefings always to have a backing unit at Corral Arena. As part of the internal affairs investigation process, those served with the Notice of Investigation letter are instructed not to discuss the IA with anyone other than the investigator. Tello discussed the IA with Deputy Brown.

Policy #3 – An unknown number produced a video to several members of the staff and their spouses showing Tello naked and was of a sexual nature. The video has been threatened to be posted on social media; however, that has not occurred.

**Disciplinary Recommendation**

Deputy Tello is a probationary employee. In the five months she has been employed, she has shown a pattern of not doing as ordered by her supervisors. She has caused significant disruption in the operation of this Office. I recommend her employment be terminated.

# EXHIBIT 5

**Page 1**

```
 1          IN THE UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF NEW MEXICO
 3  ------------------------------x
 4  KARINA TELLO,              :
 5              PLAINTIFF,     :
 6    v.                       :Case No.:
 7  LEA COUNTY BOARD OF COUNTY    :2:24-CV-00390-KG-KRS
 8  COMMISSIONERS, COREY HELTON,  :
 9  MICHAELWALKER, FERNANDOJIMENEZ,:
10  SEAN ROACH, SONIA ESTRADA,    :
11  DIANE JURADO-GARCIA,          :
12  AILEEN VIZCARRA, ALYSSA PORRAS,:
13              DEFENDANTS.    :
14  ------------------------------x
15          Deposition of DANIEL SOTO
16               Hobbs, New Mexico
17          Thursday, August 21, 2025
18                 2:07 p.m.
19
20
21
22
23  Job No.:  596537
24  Pages 1 - 186
25  TranscribedBy:  Jennifer Candela-Alvarez
```

**Page 2**

```
 1  Deposition of DANIEL SOTO, held at the offices of:
 2
 3          CORE (Center of Recreational Excellence)
 4          4827 N. Lovington Highway
 5          Hobbs, New Mexico  88240
 6
 7
 8
 9          Pursuant to agreement, before
10  Leyhbert Sharp, Notary Public, in and for the State
11  of New Mexico.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1          A P P E A R A N C E S
 2  ON BEHALF OF THE PLAINTIFF, KARINA TELLO:
 3          CURTIS WALDO, ESQUIRE
 4          WALDO GUBERNICK LAW ADVOCATES LLP
 5          717 Texas Avenue, Suite, 1200
 6          Houston, TX  77002
 7          (346) 394-8056
 8  ON BEHALF OF THE DEFENDANT, LEA COUNTY:
 9          SARA E. WOODS, ESQUIRE
10          MYNATT SPRINGER P.C
11          1660 Hickory Loop
12          Las Cruces, NM  88005
13          (575) 524-8812
14  ON BEHALF OF THE DEFENDANTS, SONIA ESTRADA,
15  DIANE JURADO-GARCIA, AILEEN VIZCARRA:
16          CODY R. ROGERS, ESQUIRE
17          SERPE ANDREWS (LAS CRUCES, NM)
18          2540 El Paseo Road, Suite D
19          Las Cruces, NM  88001
20          (575) 288-1453
21
22
23
24
25
```

**Page 4**

```
 1          A P P E A R A N C E S (Continued)
 2  ON BEHALF OF THE DEFENDANT, ALYSSA PORRAS:
 3          MICHAEL NEWELL, ESQUIRE
 4          NEWELL LAW FIRM, LLC
 5          10 West Adams Avenue, Suite E
 6          Lovington, NM  88260
 7          (575) 739-6395
 8  ON BEHALF OF THE DEPONENT, ADRIAN RIVERA:
 9          AYANA ESTRADA, ESQUIRE
10          DEPUTY CITY ATTORNEY
11          City of Carlsbad
12          3116 East Rose Road
13          Hobbs, NM  88242-0536
14          (575) 631-5506
15  ALSO PRESENT:
16          Jim Hardy, Investigator
17
18
19
20
21
22
23
24
25
```

Transcript of Daniel Soto
Conducted on August 21, 2025

37

1  Q   When you would meet up, I mean, would it
2  be, like, at a hotel?  At your apartment?  I mean,
3  where were these meetups?
4      A   So on maybe one or two occasions, I met
5  her when she was working for the Eunice Police
6  Department, I guess one instance where she went to
7  my residence, and then a couple of times where I
8  just met her, you know, random places.  Either she
9  was at work, or I was at work.
10     Q   And you used the phrase on again, off
11 again.  And, I mean, I understand what that means,
12 but can you give me a sense for -- at least I know
13 what I -- what I think it means, but can you give
14 me a sense for like -- is there -- was there a
15 period of, like, six months when you would not see
16 her?  And then there would be, like, a month where
17 you would?  I mean, give me a little bit more
18 flavor on that.
19     A   So I want to say it was about -- I think
20 it was around August of '22 was where it was a lot
21 less frequent.  If we saw each other, it was maybe
22 once a week.  I'd say most of our conversation at
23 that point was mostly through text, but
24 occasionally we did see each other.  I guess the
25 last sexual encounter that we had was in August.

38

1  Q   This was August of '22?
2  A   Yes.
3  Q   Okay.  So was it fair to say, then, that
4  the bulk of your, you know, romantic or sexual
5  relationship with Karina was like, May of '22 to
6  August of 22?
7  A   The physical part, yes.
8  Q   Okay.  Okay.  And then let's say from
9  August of '22 to May of '23 -- and I think your
10 testimony is you did not have sexual encounters
11 during that time?
12 A   Correct.
13 Q   But you would have, like, text
14 conversations with her?
15 A   Yes.
16 Q   Were they of a sexual nature?
17 A   Yes.
18 Q   Okay.  And from August of '22 to May of
19 '23, did you, like, meet up for coffee or to talk?
20 Things like that.
21 A   I think we met up once in 2023.  I don't
22 recall what month or what day that was, but it was
23 one of the last times that we -- I guess we
24 basically kind of come to terms and we cut it off.
25 QAnd this meeting that happened sometime

39

1  in 2023, I mean, was it a meeting in the context of
2  maybe we should rekindle our relationship?  I mean
3  --
4      A   It -- not so much.  It was more of, you
5  know, she wanted to meet.  So I met her.  She was
6  at work.  I had just come back from washing my
7  vehicle.  So I was on my way home.  I met her.  She
8  tried to kiss me.  I basically denied her.  And
9  then after that, I told her that since -- what
10 she's got going on in her life, I think it's better
11 for her to focus on that.
12     Q   And when you say what she had going on
13 in her life, what do you mean by that?
14     A   Her engagement.
15     Q   Yeah.  And that's what I was going to
16 ask.  I mean, was there a conversation at some
17 point between you two about her relationship with
18 Andy Dominguez?
19     A   I think it had been throughout the time
20 that we were, I guess, on and off.  But that was
21 one of the moments that I remember for sure that we
22 had talked about that.  That I told her she needed
23 to focus on that.
24     Q   And how did Karina respond to that?
25 A   It was through text.  It was kind of

40

1  hard to tell really.
2      Q   And in May of -- May to August of '22,
3  when I understand that your relationship was sort
4  of at its peak, did Karina tell you anything along
5  the lines of her and Andy were not getting along?
6      A   Yes.
7      Q   And what did she say about that?
8      A   Exactly I don't recall.  Just I mainly
9  recall them having issues in their relationship,
10 you know, where I guess she felt a certain way
11 about him, that he wasn't doing certain things,
12 and, you know, such like that.
13     Q   And did you understand that one of the
14 reasons she was having this relationship with you
15 was because of her problems with Andy?
16     A   That was my understanding.  Yes.
17     Q   And when the kind of peak of your
18 relationship ended around August of '22, I mean,
19 was that because Karina was, like, going back to
20 Andy?
21     A   So we had -- we had just had our last, I
22 guess, encounter, our sexual encounter.  A couple
23 of days later she had -- she had posted on Facebook
24 engagement photos of her and Mr. Dominguez.
25 Q   And so did you see those photos and

Transcript of Daniel Soto
Conducted on August 21, 2025

---

49

1  confide in her, you know, ask for advice and, you
2  know, whatnot. You know, our friendship had grown
3  so close because she was going through her divorce
4  some years before. You know, so at the time,
5  essentially, her and I were both going -- kind of
6  going through a divorce at the same time. So we
7  kind of leaned each other on advice and stuff like
8  that.
9      Q   Okay. So you said you were going
10 through a divorce. I mean, are you referring to
11 Leslie or someone before Leslie?
12     A   Someone before Leslie.
13     Q   Okay. And so as of May of '22, had that
14 divorce gone through?
15     A   Yes.
16     Q   Or what was the status of that?
17     A   Yeah. It was -- it had already been --
18 I think it was finalized in 2021.
19     Q   Okay. And that was around the time when
20 you started dating Leslie?
21     A   Yes.
22     Q   Okay. Okay. Sitting here, you know,
23 we're at August 21st, 2025. You know, looking
24 back, knowing what you know, do you think that
25 Alyssa might have wanted you for herself?

---

50

1      A   I mean, again, the way I perceived it
2  not really. Is it possible? It might be, but I
3  didn't perceive it that way.
4      Q   Okay. And do you think she might have
5  been jealous of your relationship with Karina?
6      A   I mean, she may have. I -- she never
7  showed. So it's hard to -- it's hard to say.
8      Q   You said you ceased to become friends
9  with Alyssa around September of 2023?
10     A   Mm-hmm. Yes.
11     Q   And why was that?
12     Q   It was after I was terminated after I
13 had been questioned by state police regarding the
14 incident. At the time, my phone was taken for a
15 search warrant. You know, I had communicated with
16 state police. You know, they kind of were talking
17 to me about the whole incident and, you know, I
18 wouldn't say putting the idea in my head, but they
19 were, you know, kind of saying, like, you may not
20 want to trust everybody, you know, or be careful
21 who you trust.
22     Q   Okay. And we'll talk about that more
23 later on, but I mean, did you break off the
24 friendship with Alyssa, or did she break it off?
25     A   No, I broke it off.

---

51

1      Q   And why did you break it off?
2      A   Mainly because I wasn't sure if I could
3  trust her.
4      Q   And why did you feel you might not be
5  able to trust her?
6      A   After I learned about the video getting
7  released and, you know, potential charges and stuff
8  like that, you know, I just essentially decided,
9  you know, I don't know who to trust really. You
10 know, I talked to the three individuals -- Ms.
11 Porras, Ms. Vizcarra, and Ms. Jurado, you know,
12 pretty closely about my relationship with
13 Ms. Tello. So it just wasn't -- it didn't seem --
14 something was off, basically. That's why I decided
15 to not.
16     Q   Did you think Alyssa had broken her
17 relationship with you, her trust with you, by
18 giving the video to those other girls?
19     A   Yes.
20     Q   All right. Did there come a time when
21 you sent, you know, the intimate video of Tello
22 that we've talked about to Alyssa Porras?
23     A   Yes.
24     Q   Okay. And why did you do that?
25     A   I was upset at the time. I was going

---

52

1  through my phone to delete certain things, sent it
2  to her, I guess, and for safekeeping. I had
3  learned that, you know, Ms. Tello was going around
4  saying that I was lying about our relationship,
5  that we had never had at any kind of relationship,
6  and I guess that's what kind of upset me about the
7  about the matter.
8      Q   Did that make you think that maybe you
9  couldn't trust Karina?
10     A   Yes.
11     Q   Okay. And was this around the time the
12 engagement photo was being posted?
13     A   I don't recall exactly when that was.
14     Q   Was it -- and let me try to ask it.
15     A   It was after the engagement photos for
16 sure.
17     Q   That you sent the intimate video to
18 Alyssa?
19     A   Yes.
20     Q   Okay. Okay. Okay. So you send Alyssa
21 the video. I gather that this was your decision to
22 send it to Alyssa? It's not like Alyssa requested
23 it of you; right?
24     A   Right.
25     Q   I mean, did you tell her, like, some

---

# EXHIBIT 6

**Corey Helton**
**Sheriff**

**Michael Walker**
**Undersheriff**

# Lea County Sheriff's Office



May 31, 2023

To: Captain Roach

Fr: Sergeant Sonia Estrada

RE: Deputy Tello

On May 31st, 2023, Deputy Tello was assigned to district 3 and 4. At 1847 hours she was dispatched to a tampering call at 1505 W. Tyler in Lovington. The reason she was given the call was because the reporting party only speaks Spanish. LCCA dispatcher Haynes attempted to call me on my work cell phone, but I was speaking to HPD Detective Perez so I was not able to answer. She then called me on the radio and I told her I was on the phone and would call her back. Once I was off the phone I called dispatcher Haynes. She spoke to me about a lines down call and a call she dispatched Deputy Tello to. I advised her it was fine because Deputy Tello does speak Spanish.

Shortly after clearing the call at 2007 hrs, Deputy Tello checked out 81N. At that time I was en-route 81n to do paperwork and my daughter was going to drop off a drink for me. As I was driving passed the front door I saw Deputy Tello parked in front of the office. I then advised dispatch I was 81n and parked on the south end of the building. As I entered the building and was walking to my office, I saw Deputy Victor Murillo walking down the hall. I was on my cell phone when we walked past each other. I said hi to him and continued to walk to my office.

A few minutes later my daughter called to tell me she was nearly to the office. I told my daughter I would meet her in the front of the office. I put my belongings in my office and walked to the front of the office. As my daughter was pulling up I saw the spare silver Dodge pick-up, driven by Deputy Murillo, pass in front of the office. At the stop sign he turned north, drove a little and stopped at Chaparral Park. I could tell he pulled next to someone. The headlights to the Dodge pick-up then turned off.

www.leacountysheriff.com
1417 South Commercial • Lovington, NM • (575) 396-3611
3720 West College Lane • Hobbs, NM • (575) 397-9600

*In God We Trust*

As I was talking to my daughter outside I told her I thought it was odd that he parked there (time was 2116 hrs). My daughter then left and was going back to her friends house. As my daughter was passing the park she called me and stated the Dodge pick-up was parked next to a black Sheriff's Office marked unit. I thought that was odd because I assumed Deputy Tello was headed back to the Hobbs area, considering she was assigned to districts 3&4.

I asked my daughter if she was sure it was a female Deputy. She said she was sure, but would turn around to double check. Around this time Corporal Hernandez sent me a message asking me if he could head back to the Tatum area. (He was pulled from Tatum patrol to assist with calls). I told him yes, but I wanted to make sure Deputy Tello was back in the Hobbs area. I did not want 4 of us in the Lovington area. I told him to asked Deputy Tello where she was, so he could make sure she was not in the Lovington area. He then asked her on the radio what her current location was. She stated she was headed to Hobbs from Lovington. She asked Corporal Hernandez for the 10-49. He told her because he was going to Tatum and wanted to make sure she was going back to Hobbs.

I then called my daughter and told her to park and wait for me at the park. As I was walking to my unit my daughter advised she was going to attempt to record the individuals in the parked vehicles. I told her ok and that I was headed her way. As I pulled up to the park I saw Deputy Tello in her marked unit and the silver Dodge pick-up parked near it. They were not parked driver door to driver door. I could not see anyone in the pick-up due to the way it was parked. I turned on my bright lights to check who was in the marked unit. I saw Deputy Tello, so I rolled down my window and told her I was checking to see who it was. She said something to me, but I did not understand her. I told her to head to Hobbs. As I was leaving the park it appeared she was leaving.

I then drove towards McDonalds and told my daughter to meet me there. On my way to McDonalds I told Deputy Tello to head to Hobbs over the radio. Once my daughter arrived she told me Deputy Tello did not leave as I had assumed. She actually backed back up to the spot she was originally parked at. My daughter then showed me the video she captured while at the park. The video shows Deputy Tello reversing and putting her unit in park. A few minutes later an individual is seen exiting Deputy Tello's unit. The individual then walks to the driver door and opens it. The door stays open for a few minutes. As I was watching the video, Deputy Tello sent me a message. The message read, "Sorry I was trying to say we eating." She sent the text at 2132 hrs. My response was, "I get it – just head to Hobbs."

As I was parked I noticed I had a missed call from Deputy Murillo. I then called him back and recorded our conversation. The converstion did not go well. A lot was said and I feel it is best if the recording is heard. I was very upset and somewhat mad. He tried telling me it was none of my business and I told him it is my business when it is affecting his job. He accused me of spreading a rumor about them, which is totally false. I have only stated what I have seen occur at the Sheriff's Office. I told him he should be ashamed of his behavior because Sgt. Dominguez is a good man. He told me nothing is happening, so I asked him if his wife Meagan is aware of his numerous encounters with Deputy Tello. He stated she is aware of him speaking to her due to an assignment the Major tasked them with. The converstion got heated and I told him to quit coming around when she is working.

I want it to be know that I have personally seen Deputy Tello and Deputy Murillo together numerous times at the Sheriff's Office. While off and on duty.

1). May 14th, 2023 – Deputy Murillo took the entire shift dinner 81s on Mother's Day. He did let me now and asked how many were on my shift.

2). May 16th, 2023 - I saw Deputy Tello 81n while I was in training. A few minutes after I saw her I looked for her to tell her that the training she put in for had been denied. I walked all over the office and did not see her anywhere. I asked if anyone had seen her, and I was told she was walking around. I then went to the gym and the restroom looking for her. I was told she was seen talking to Deputy Murillo, so I asked if anyone knew where I could find him. I was told he was possibly in the office next to Melissa's office. I then walked to the office and opened the door. As I opened the door I saw them both sitting down talking. I told her that the training had been denied. She advised she was aware and was talking to Deputy Murillo about the training. She also stated she had bought him a drink. I later learned the training she had requested to attend was attended by Deputy Murillo.

3). May 17th 2023 – Deputy Tello called in sick. She advised her son and Sgt. Dominguez were both ill.  At Approximately 1700 hrs, Deputy Tello was seen 81n working out with Deputy Murillo.

4). May 28th, 2023 – At approximately 0530 hrs, a few of the Deputies on my shift met at a restaurant to eat breakfast. I was informed Deputy Tello stated Deputy Murillo was going to join them. Deputy Murillo did show up at the restaurant and ate breakfast.

5). May 28th, 2023 – At approximately 2345 hrs, as I was walking to the gym at 81n I saw Deputy Tello and Deputy Murillo walking out. I asked Deputy Murillo what he was doing so late at the Office. He advised working out. Deputy Tello then stated he was her personal trainer. (On this day Deputy Tello was 81n for an hour and a half).


I do not know what kind of relationship Deputy Tello and Deputy Murillo have going on. However, I did tell Deputy Murillo I do not appreciate him distracting her while she is working. I am aware they are grown adults, but I am not ok with Deputy Murillo coming around while she is working. He does not socialize with anyone else other than her. If they want to visit or hangout they can do so on their own time.

On this date Deputy Tello requested to go home early due to not feeling comfortable working with me.  I am only holding her accountable for her actions.  Regardless of what is happening between them, I will not allow her to neglect her duties.

**Deputy Tello was told by Corporal Hernandez to submit her monthly. She failed to do so.  She also went 10-7 over the radio at 0043 hrs.  She clocked out at 0231 hrs.


Sgt. Sonia Estrada