UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

KARINA TELLO,

       Plaintiff,

v.                                                      Civ. No. 2:24-390 KG/GJF

LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO JIMENEZ,
SEAN ROACH, SONIA ESTRADA,
DIANE JURADO-GARCIA, AILEEN VIZCARRA,
ALYSSA PORRAS, DOE DEFENDANTS 1-50,

       Defendants.

## SECOND ORDER FOLLOWING IN CAMERA REVIEW AND ORDER ON MOTION TO QUASH AND OBJECTIONS TO PLAINTIFF'S SUBPOENA TO THE NEW MEXICO STATE POLICE

THIS MATTER is before the Court (1) following its in camera review of the 2023 Cellebrite extractions of the cell phones of Defendants Estrada, Jurado-Garcia, and Vizcarra obtained by the New Mexico State Police during its criminal investigation of these Defendants and (2) on these Defendants' Motion to Quash and Objections to Plaintiff's Subpoena to the New Mexico State Police (Dkt. No. 70) ("Motion to Quash").

Having compared the contents from the State Police extractions that it found to be discoverable to the material already produced by those Defendants to Plaintiff, the Court finds no material discrepancy. Accordingly, the Court finds and concludes that Defendants Estrada, Jurado-Garcia, and Vizcarra have complied with their discovery obligations insofar as the 2023 Cellebrite extractions obtained by the New Mexico State Police are concerned, and no further production is required.

In addition, as the Court explained at the motions hearing held on September 8, 2025, the

Court's decision on the Motion to Quash would depend on the in camera review of the State Police extractions. *See* Clerk's Minutes, Dkt. No. 102 at 5. Having now found these Defendants to have complied with their discovery obligations arising from those extractions, the Court finds and concludes that these Defendants' objections to Plaintiff's subpoena to the State Police should be SUSTAINED. Accordingly, the Motion to Quash is GRANTED.

    SO ORDERED.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE