IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KARINA TELLO,**

       **Plaintiff,**

v.                                            2:24-cv-00390-KG-GJF

**LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO JIMENEZ,
SEAN ROACH, SONIA ESTRADA,
DIANA JURADO-GARCIA,
AILEEN VIZCARRA, ALYSSA PORRAS,
DOE DEFENDANTS 1-50,**

       **Defendants**

### DEFENDANT VIZCARRA, ESTRADA and JURADO-GARCIA'S EXPEDITED MOTION TO EXTEND DISCOVERY AND MOTION DEADLINES

COMES NOW, Defendants Vizcarra, Estrada and Jurado-Garcia, by and through their counsel, SERPE ANDREWS, PLLC (Cody R. Rogers and Jennifer M. Meyer), and hereby submit their Expedited Motion to Extend the Discovery and Motion Deadline as follows:

1. Following an informal status conference, the Court issued a Second Amended Scheduling Order (Doc. 173, filed January 9, 2026) setting a deadline for discovery of February 18, 2026.

2. After an exchange of emails, Plaintiffs submitted notices of deposition on January 28, 2026, for Defendants Estrada, Walker, Helton, and Chan Kim to take place on February 12-13, 2026.

3. As reflected in the concurrently filed Motion to Withdraw and Substitute Counsel, undersigned counsel has learned of a potential conflict of interest that precludes her from continuing to represent Defendants Vizcarra and Jurado. Substitute counsel has

been identified and will enter an appearance shortly. While substitute counsel has committed to getting up to speed as soon as possible, that cannot occur before the currently scheduled depositions. Undersigned counsel has informed Plaintiff's counsel of this fact through email correspondence.

4. Undersigned counsel has conferred with substitute counsel and believes that the depositions could be scheduled the first week of March. Consequently, these Defendants request that the existing scheduling order deadlines be extended by a period of thirty (30) days.

5. Scheduling orders "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The primary measure of Rule 16's good cause standard is the moving party's diligence in attempting to meet the case management order's requirements." *Rowen v. State of New Mexico*, 210 F.R.D. 250, 252 (D.N.M. 2002) (quoting *Bradford v. DANA Corp.*, 249 F.3d 807, 809 (8th Cir. 2001). Here, all counsel have acted with diligence. Following the last informal status conference, the parties conferred and selected mutually agreeable dates, and Plaintiff noticed the depositions they had requested. However, the events necessitating a substitution of counsel at this late hour were unknown and unforeseeable. The relief requested in this Motion is not requested for any other purpose than to address the conflict by obtaining separate counsel for Defendants Vizcarra and Jurado, and the need for substitute counsel to have some modest amount of time to come up to speed in the case before participating in depositions. No one is attempting to obstruct or prevent any depositions from occurring. The burden of simply exchanging new dates of availability for these depositions is minimal.

6. A brief extension of the discovery deadline and applicable discovery motion and dispositive motion deadlines by thirty (30) days will not impact any trial setting or create any prejudice to any party. The only action that needs to occur is for the parties to re-schedule the depositions that were previously set.

7. Pursuant to this Court's Local Rules, counsel for the parties was contacted regarding this Motion. Plaintiff is opposed. Counsel for the County Defendants does not oppose this Motion. Counsel for Defendant Porras has not responded at the time of filing of this Motion.

WHERFORE, for the foregoing reasons, Defendants Vizcarra, Jurado-Garcia and Estrada request that the Court extend the current discovery deadline, discovery motion deadline, and dispositive motion deadline by thirty (30) days, and for such other and further relief as the Court deems necessary.

Respectfully submitted,

SERPE ANDREWS, PLLC

*/s/ Cody R. Rogers*
Cody R. Rogers
Jennifer M. Meyer
crogers@serpeandrews.com
jmeyer@serpeandrews.com
2450 El Paseo Road, Suite D
Las Cruces, NM 88001
(575) 288-1453
***Attorneys for Defendants Vizcarra, Estrada, and Jurado-Garcia***

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February 2026, I filed the foregoing through this Court's CM/ECF File and Serve, causing a true and correct copy of the same to be served upon all registered parties of record as more fully reflected in the Notice of Electronic Filing.

*/s/ Cody R. Rogers*
Cody R. Rogers
**Serpe | Andrews, PLLC**