IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KARINA TELLO,**

       **Plaintiff,**

v.                                                                    No. 2:24-cv-00390-KG/GJF

**LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO JIMENEZ,
SEAN ROACH, SONIA ESTRADA,
DIANE JURADO-GARCIA,
AILEEN VIZCARRA, ALYSSA PORRAS,
DOE DEFENDANTS 1-50,**

       **Defendants.**

## DEFENDANTS' OPPOSED MOTION TO FILE OBJECTION UNDER SEAL AND FOR REVIEW IN CAMERA

Defendants Lea County Board of County Commissioners, Corey Helton, Michael Walker, Fernando Jimenez, and Sean Roach ("County Defendants"), through counsel of record, MYNATT SPRINGER P.C. (Benjamin J. Young and Sara E. Woods), respectfully move this Court to allow County Defendants to file objections to the Proposed Findings and Recommended Disposition under seal and reviewed *in camera*. Per D.N.M. LR-Civ 7.1(a), undersigned counsel contacted all counsel of record concerning this Motion. Plaintiff's counsel opposes the motion. Counsel for Defendants Estrada, Jurado, Vizcarra, and Porras do not oppose the motion.

1.    On February 2, 2026, the Court issued its Proposed Findings and Recommended Disposition [Doc. 176] in which it provided a fourteen-day period of time after service for any party to file objections with the Clerk of the District Court.

2.    County Defendants intend to file objections to the Proposed Findings and Recommended Disposition.

3.      The County Defendants' objections involve discussion of privileged materials in order to substantively address the issues in the Court's Proposed Findings and Recommended Disposition.

WHEREFORE, good cause having been shown County Defendants request this Court allow the filing of objections to the Proposed Findings and Recommended Disposition under seal and reviewed *in camera*.

Respectfully submitted,

MYNATT SPRINGER P.C.

*/s/ Benjamin J. Young*

BENJAMIN J. YOUNG
New Mexico Bar No. 144702
SARA E. WOODS
New Mexico Bar No. 149555
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
bjy@mynattspringer.com
sew@mynattspringer.com
*Attorneys for County Defendants*

## CERTIFICATE OF SERVICE

      I certify that, on February 11, 2026 a copy of the foregoing pleading was served on the below counsel of record via electronic mail:

Benjamin Gubernick
Curtis R. Waldo
ben@wglawllp.com
curtis@wglawllp.com
*Attorneys for Plaintiff*

Cody R. Rogers
Jennifer M. Meyer
crogers@serpeandrews.com
jmeyer@serpeandrews.com
*Attorneys for Defendants Estrada, Jurado-Garcia, and Vizcarra*

Michael Newell
mnewell@newelllawnm.com
*Attorney for Defendant Porras*

                                            */s/ Benjamin J. Young*
                                            BENJAMIN J. YOUNG