IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KARINA TELLO,

Plaintiff,

v.  2:24-cv-00390-KG-GJF

LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO
JIMENEZ, SEAN ROACH, SONIA
ESTRADA, DIANE JURADO-GARCIA,
AILEEN VIZCARRA, ALYSSA PORRAS,
DOE DEFENDANTS 1-50,

Defendants.

### DECLARATION OF BENJAMIN GUBERNICK IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO FILE OBJECTION UNDER SEAL AND FOR REVIEW IN CAMERA

My name is Benjamin Gubernick. I am over the age of 18 and counsel for Plaintiff in the above-captioned matter. If called upon to testify I would competently do so as follows:

1. I have attached as Exhibit 1 a true and correct copy of an email exchange I had with opposing counsel in this matter. The attachments to the first email in the chain are omitted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

February 18, 2026     By: */s/ Benjamin Gubernick*
                          Benjamin Gubernick

# EXHIBIT 1



Ben Gubernick <ben@wglawllp.com>

# Karina Tello v. Lea County, et al.
6 messages

**Brandi Breen** <bb@mynattspringer.com>                           Tue, Feb 10, 2026 at 4:19 PM
To: Curtis Waldo <curtis@wglawllp.com>, Ben Gubernick <ben@wglawllp.com>, Cody Rogers <crogers@serpeandrews.com>, "Jennifer M. Meyer" <jmeyer@serpeandrews.com>, "mnewell@newelllawnm.com" <mnewell@newelllawnm.com>, "taylor@rahndefillippo.com" <taylor@rahndefillippo.com>
Cc: "Benjamin J. Young" <bjy@mynattspringer.com>, Sara Woods <sew@mynattspringer.com>, Sasha Lujan <sal@mynattspringer.com>

Good afternoon:

I have attached a proposed Motion and Order to File Objection Under Seal, for your review. If you could please let us know if we may note your approval, we would appreciate it. We will then file them if there is no opposition.

Thank you.

Sincerely,

**Brandi Breen**

**Mynatt Springer P.C.**

**1660 Hickory Loop, Las Cruces**, NM 88005

**P.O. Box 2699, Las Cruces, NM 88004**

**Direct line: (575) 222-4414**

**Main office: (575) 524-8812** ext. 124 (phone) | **(575) 524-0726** (fax)

**bb@mynattspringer.com**

**www.mynattspringer.com**

 

This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

---

**2 attachments**

📄 **2026.02.10 Mot. to File Under Seal.pdf**
169K

📄 **2026.02.10 DRAFT Order Granting Mot to to Seal.pdf**
134K

---

**Jennifer M. Meyer** <JMeyer@serpeandrews.com>　　　　　Tue, Feb 10, 2026 at 4:23 PM

To: Brandi Breen <bb@mynattspringer.com>, Curtis Waldo <curtis@wglawllp.com>, Ben Gubernick <ben@wglawllp.com>, Cody Rogers <crogers@serpeandrews.com>, "mnewell@newelllawnm.com" <mnewell@newelllawnm.com>, "taylor@rahndefillippo.com" <taylor@rahndefillippo.com>
Cc: "Benjamin J. Young" <bjy@mynattspringer.com>, Sara Woods <sew@mynattspringer.com>, Sasha Lujan <sal@mynattspringer.com>

Brandi,

You may note our approval.

Thank you,

Jennifer

**Jennifer Meyer**

Associate Attorney



2540 E<small>L</small> P<small>ASEO</small>, S<small>UITE</small> D | L<small>AS</small> C<small>RUCES</small>, N<small>EW</small> M<small>EXICO</small> 88001

239.908.7955 D<small>IRECT</small> | 713.452.4400 M<small>AIN</small> | 713.452.4499 <small>FAX</small>

JMeyer@serpeandrews.com | www.serpeandrews.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the individual(s) or organization named above. If you are not the intended recipient or an authorized representative of the recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this email in error, please immediately notify the sender by return email or phone, and delete this email from your system.

[Quoted text hidden]

---

**Ben Gubernick** <ben@wglawllp.com>                                    Tue, Feb 10, 2026 at 4:33 PM
To: Brandi Breen <bb@mynattspringer.com>
Cc: Curtis Waldo <curtis@wglawllp.com>, Cody Rogers <crogers@serpeandrews.com>, "Jennifer M. Meyer" <jmeyer@serpeandrews.com>, Mike Newell <mnewell@newelllawnm.com>, taylor@rahndefillippo.com, "Benjamin J. Young" <bjy@mynattspringer.com>, Sara Woods <sew@mynattspringer.com>, Sasha Lujan <sal@mynattspringer.com>

> Brandi, may we see the documents you are asking to seal?
> [Quoted text hidden]

**2 attachments**



image001.jpg
4K



image002.png
41K

| Benjamin J. Young <bjy@mynattspringer.com> | Tue, Feb 10, 2026 at 4:56 PM |
|---|---|

To: Ben Gubernick <ben@wglawllp.com>
Cc: Brandi Breen <bb@mynattspringer.com>, Curtis Waldo <curtis@wglawllp.com>, Cody Rogers <crogers@serpeandrews.com>, "Jennifer M. Meyer" <JMeyer@serpeandrews.com>, Mike Newell <mnewell@newelllawnm.com>, "taylor@rahndefillippo.com" <taylor@rahndefillippo.com>, Sara Woods <sew@mynattspringer.com>, Sasha Lujan <sal@mynattspringer.com>

Ben:

Since the reason for the requested seal involves privileged communications, we cannot disclose the submissions before they are filed with the Court. If you oppose the motion, we will note your opposition.
Thanks.
Ben

**BENJAMIN J. YOUNG**
**Attorney at Law**
**Mynatt Springer P.C.**
**1660 Hickory Loop**
**Las Cruces, New Mexico**
**(575) 524-8812**
**Fax (575) 524-0726**
**BJY@mynattspringer.com**

**This transmission may be: (1) subject to the Attorney-Client Privilege,(2) an attorney work product, or (3) strictly confidential. If you are not the intended**

recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

On Feb 10, 2026, at 3:33 PM, Ben Gubernick <ben@wglawllp.com> wrote:

Brandi, may we see the documents you are asking to seal?

On Tue, Feb 10, 2026, 4:20 PM Brandi Breen <bb@mynattspringer.com> wrote:

> Good afternoon:
>
> I have attached a proposed Motion and Order to File Objection Under Seal, for your review. If you could please let us know if we may note your approval, we would appreciate it. We will then file them if there is no opposition.
>
> Thank you.
>
> Sincerely,
>
> **Brandi Breen**
>
> **Mynatt Springer P.C.**
>
> **1660 Hickory Loop, Las Cruces, NM 88005**
>
> **P.O. Box 2699, Las Cruces, NM 88004**
>
> **Direct line: (575) 222-4414**
>
> **Main office: (575) 524-8812 ext. 124 (phone) | (575) 524-0726 (fax)**
>
> **bb@mynattspringer.com**
>
> **www.mynattspringer.com**

> <image001.jpg>
>
> <image002.png>
>
> This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail and delete this message. Thank you for your cooperation.

<image001.jpg>
<image002.png>

---

**2 attachments**


image001.jpg
4K


image002.png
41K

---

**Ben Gubernick** <ben@wglawllp.com>                    Tue, Feb 10, 2026 at 5:13 PM
To: "Benjamin J. Young" <bjy@mynattspringer.com>
Cc: Brandi Breen <bb@mynattspringer.com>, Curtis Waldo <curtis@wglawllp.com>, Cody Rogers <crogers@serpeandrews.com>, "Jennifer M. Meyer" <JMeyer@serpeandrews.com>, Mike Newell <mnewell@newelllawnm.com>, taylor@rahndefillippo.com, Sara Woods <sew@mynattspringer.com>, Sasha Lujan <sal@mynattspringer.com>

I'm lost. You mean you're filing the thing in camera?

[Quoted text hidden]

---

**Curtis Waldo** <curtis@wglawllp.com>                    Tue, Feb 10, 2026 at 5:35 PM
To: Ben Gubernick <ben@wglawllp.com>

Cc: "Benjamin J. Young" <bjy@mynattspringer.com>, Brandi Breen <bb@mynattspringer.com>, Cody Rogers <crogers@serpeandrews.com>, "Jennifer M. Meyer" <JMeyer@serpeandrews.com>, Mike Newell <mnewell@newelllawnm.com>, taylor@rahndefillippo.com, Sara Woods <sew@mynattspringer.com>, Sasha Lujan <sal@mynattspringer.com>

Ben (Young) - Plaintiff is opposed.

Curtis

[Quoted text hidden]