**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Before the Honorable Gregory J. Fouratt**
**United States Magistrate Judge**

**Clerk's Minutes**

**Civ. No. 24-390 KG/GJF**

*Tello v. Lea County Board of County Commissioners, et al.*

**Date of Hearing: February 26-March 30, 2026**

| | |
|---|---|
| **Attorneys for Plaintiff**: | Benjamin Gubernick |
| | Curtis Waldo |
| **Attorney for County Defendants**: | Benjamin Young |
| | Sara Woods |
| **Proceedings**: | Telephonic/E-Mail Settlement Conference |
| **Total Time**: | **8 hours** |
| **Clerk**: | AEM |

**Notes:**

- Court-facilitated settlement discussions over five-week period resulted in settlement on March 30, 2026.
- Settlement agreement to be executed, settlement amount to be paid, and closing documents resolving entire case against <u>all</u> defendants to be filed within 30 days, absent good cause for an extension.