**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KARINA TELLO,

      Plaintiff,

v.                                     **2:24-cv-00390-KG-GJF**

LEA COUNTY BOARD OF COUNTY
COMMISSIONERS, COREY HELTON,
MICHAEL WALKER, FERNANDO JIMENEZ,
SEAN ROACH, SONIA ESTRADA,
DIANE JURADO-GARCIA,
AILEEN VIZCARRA, ALYSSA PORRAS,
DOE DEFENDANTS 1-50,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion to Dismiss with Prejudice [Doc. 203], and the Court having reviewed its file and being otherwise sufficiently advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that all claims brought by Plaintiff in this matter are dismissed with prejudice in accordance with Rule 41 Fed. R. Civ. P.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted and Approved:

MYNATT SPRINGER P.C.

*/s/ Benjamin J. Young*

BENJAMIN J. YOUNG
New Mexico Bar No. 144702
SARA E. WOODS
New Mexico Bar No. 149555
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
(575) 524-8812
bjy@mynattspringer.com
sew@mynattspringer.com
*Attorneys for County Defendants*

Approved:

SERPE ANDREWS, PLLC

*/s/ Cody R. Rogers*
CODY R. ROGERS
2540 El Paseo Road
Las Cruces, NM 88001
(505) 553-2705
crogers@serpeandrews.com
*Attorney for Defendants Estrada,*
*Vizcarra and Jurado-Garcia*

Approved:

RAHN DEFILLIPPO

*/s/ Taylor S. Rahn*
TAYLOR S. RAHN
P.O. Box 91087
Albuquerque, NM 87199-1087
(505) 573-9380
taylor@rahndefillippo.com
*Attorney for Defendant Sonia Estrada*

Approved:

WG LAW, LLP

*/s/ Benjamin Gubernick*
BENJAMIN GUBERNICK
CURTIS WALDO
717 Texas St Ste 1200
Houston, TX 77002-2819
Phone: (346) 277-0287
ben@wglawllp.com
curtis@wglawllp.com
*Attorneys for Plaintiff*

Approved:

NEWELL LAW FIRM, LLC

*/s/ Michael Newell*
MICHAEL NEWELL
10 W. Adams Ave., Ste. E
Lovington, NM 88260-4052
(575) 739-6395
mnewell@newelllawnm.com
*Attorney for Defendant Alyssa Porras*